1 McGREGOR W. SCOTT
United States Attorney
2 ROSANNE L. RUST
Assistant United States Attorney
3 501 I Street, Suite 10-100
Sacramento, CA 95814
4 Telephone: (916) 554-2700
Facsimile: (916) 554-2900
5

6 JESSICA URBAN
Department of Justice, Trial Attorney
7 United States Department of Justice, Criminal Division
Child Exploitation & Obscenity Section
8 1400 New York Avenue, N.W.
Washington, D.C. 20005

9 Attorneys for Plaintiff
United States of America
10

11

12

13

**FILED**

MAR 07 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
          DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

14 UNITED STATES OF AMERICA,

15                          Plaintiff,

16              v.

17 KEITH WILLETTE,

18                          Defendant.

19

CASE NO. **2: 1 9 - CR - 0 0 4 4 MCE**

18 U.S.C. §§ 2251(a) & (d) (1998) (Attempted production of child pornography)

20                    I N D I C T M E N T

21 The Grand Jury charges: T H A T

22                    KEITH WILLETTE,

23 defendant herein, between in or about May 2000, and continuing through in or about April 2002, in the

24 County of El Dorado, State and Eastern District of California, did attempt to employ, use, persuade,

25 induce, entice, and coerce a minor, "Juvenile Victim 1," to engage in sexually explicit conduct as

26 defined in Title 18, United States Code, Section 2256(2) (1996), for the purpose of producing a visual

27 depiction of such conduct, knowing and having reason to know that the visual depiction would be

28 transported in interstate and foreign commerce and mailed, and such visual depiction was produced

INDICTMENT                                    1

1 | using materials that had been mailed, shipped, and transported in interstate and foreign commerce by

2 | any means, including by computer, all in violation of Title 18, United States Code, Sections 2251(a) &

3 | (d) (1998).

4

A TRUE BILL.

/s/ **Signature on file w/AUSA**

_____

FOREPERSON

7

McGREGOR W. SCOTT
United States Attorney

INDICTMENT

2

## United States v. Keith Willette
### Penalties for Indictment

**Defendants**
**Keith Willette**


**COUNT 1:**      **Defendant**

VIOLATION:       18 U.S.C. §§ 2251(a) & (d) (1998)– Attempted Production of Child Pornography

PENALTIES:       Mandatory minimum of 10 years in prison and a maximum of up to 20 years in prison; or
Fine of up to $250,000; or both fine and imprisonment
Supervised release of at least 3 years

SPECIAL ASSESSMENT: $100

*No.* _ _ _ _ _ _ _ _ _ _

## UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

## THE UNITED STATES OF AMERICA
*vs.*

KEITH WILLETTE

## I N D I C T M E N T

**VIOLATION(S):**   18 U.S.C. §§ 2251(a) & (d) (1998) –
Attempted Production of Child Pornography

*A true bill,*

## /s/ Signature on file w/AUSA

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
*Foreman.*

*Filed in open court this* _ _ _ _ _ _ _ _ _ _ _ _ _ _ *day*

*of* _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ *, A.D. 20* _ _ _ _ _

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
*Clerk.*

*Bail, $* _ _ _ _ _ _ _ _ _ _ _ _ _ _

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

GPO 863 525

**NO BAIL WARRANT PENDING HEARING**