1   McGREGOR W. SCOTT
    United States Attorney
2   ROSANNE L. RUST
    Assistant United States Attorney
3   501 I Street, Suite 10-100
    Sacramento, CA 95814
4   Telephone:  (916) 554-2700
    Facsimile:  (916) 554-2900
5

6   Attorneys for Plaintiff
    United States of America
7

8                   IN THE UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,                CASE NO.  2:19-CR-44 MCE

12                          Plaintiff,       STIPULATION REGARDING EXCLUDABLE
                                             TIME PERIODS UNDER SPEEDY TRIAL ACT;
13                  v.                       ORDER

14  KEITH WILLETTE,                          DATE: May 9, 2019
                                             TIME: 10:00 a.m.
15                          Defendant.       COURT: Hon. Morrison C. England, Jr.

16

17                              **STIPULATION**

18          Plaintiff United States of America, by and through its counsel of record, and defendant, by and

19  through defendant's counsel of record, hereby stipulate as follows:

20          1.      By previous order, this matter was set for status on May 9, 2019.

21          2.      By this stipulation, defendant now moves to continue the status conference until June 13,

22  2019, and to exclude time between May 9, 2019, and June 13, 2019, under Local Code T4.

23          3.      The parties agree and stipulate, and request that the Court find the following:

24                  a)      The government has represented that the discovery associated with this case

25  includes several electronic devices, audio files, video files, and hundreds of pages of documents.

26  Some of this discovery has been either produced directly to counsel and/or made available for

27  inspection and copying.  With respect to the remaining discovery, the parties are still in the

28  process of negotiating a protective order given the sensitive content contained in that discovery.

1    Once a protective order is entered, the government will produce that discovery.

2         b)    Counsel for defendant desires additional time to consult with his client, review the

3    current charge, review the produced discovery, and further investigate the case.

4         c)    Counsel for defendant believes that failure to grant the above-requested

5    continuance would deny him the reasonable time necessary for effective preparation, taking into

6    account the exercise of due diligence.

7         d)    The government does not object to the continuance.

8         e)    Based on the above-stated findings, the ends of justice served by continuing the

9    case as requested outweigh the interest of the public and the defendant in a trial within the

10   original date prescribed by the Speedy Trial Act.

11        f)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

12   et seq., within which trial must commence, the time period of May 9, 2019 to June 13, 2019,

13   inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4]

14   because it results from a continuance granted by the Court at defendant's request on the basis of

15   the Court's finding that the ends of justice served by taking such action outweigh the best interest

16   of the public and the defendant in a speedy trial.

17

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

1    4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the

2 Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

3 must commence.

4    IT IS SO STIPULATED.

5

6 Dated:  May 10, 2019             McGREGOR W. SCOTT
                         United States Attorney

7

8                         /s/ ROSANNE L. RUST
                         ROSANNE L. RUST

9                         Assistant United States Attorney

10

11 Dated:  May 10, 2019             /s/ Jerome Price
                         Jerome Price

12                         Assistant Federal Defender for
                         Defendant KEITH WILLETTE

13

14

15                      **ORDER**

16

17    IT IS SO ORDERED.

18 Dated:  May 13, 2019

19

20                         MORRISON C. ENGLAND, JR
                         UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28