HEATHER E. WILLIAMS, SBN #122664
Federal Defender
JEROME PRICE, SBN # 282400
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
KEITH WILLETTE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> KEITH WILLETTE, <br><br> Defendant. | Case No. 2:19-CR-00044-MCE <br><br> STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE <br><br> Date: September 12, 2019 <br> Time: 10:00 a.m <br> Judge: Hon. Morrison C. England, Jr. |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney, through Rosanne L. Rust, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Jerome Price, attorney for KEITH WILLETTE, **that the status conference scheduled for September 12, 2019 be vacated and continued to November 14, 2019 at 10:00 a.m.**

Defense counsel requires additional time to continue reviewing discovery provided by the government, discussing the evidence with Mr. Willette, investigating the facts of the case, and conducting further legal research.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from September 12, 2019 through and including November 14, 2019, pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

| | | |
|---|---|---|
| 1 | | |
| 2 | | Respectfully submitted, |
| 3 | | HEATHER E. WILLIAMS<br>Federal Defender |
| 4 | | |
| 5 | Date: September 11, 2019 | */s/ Jerome Price*<br>JEROME PRICE |
| 6 | | Assistant Federal Defender<br>Attorneys for Defendant |
| 7 | | KEITH WILLETTE |
| 8 | Date: September 11, 2019 | McGREGOR W. SCOTT<br>United States Attorney |
| 9 | | |
| 10 | | */s/ Rosanne L. Rust*<br>ROSANNE L. RUST |
| 11 | | Assistant United States Attorney<br>Attorney for Plaintiff |

# ORDER

IT IS HEREBY ORDERED, the Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

Time from September 12, 2019 to and including November 14, 2019, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the September 12, 2019 status conference shall be continued until November 14, 2019, at 10:00 a.m.

IT IS SO ORDERED.

Dated: September 13, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE