1  McGREGOR W. SCOTT
United States Attorney
2  ROSANNE L. RUST
Assistant United States Attorney
3  501 I Street, Suite 10-100
Sacramento, CA 95814
4  Telephone: (916) 554-2700
Facsimile: (916) 554-2900

JESSICA URBAN
6  Department of Justice, Trial Attorney
United States Department of Justice, Criminal Division
7  Child Exploitation & Obscenity Section
1400 New York Avenue, N.W.
8  Washington, D.C. 20005

9  Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-44 MCE |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| v. | |
| KEITH WILLETTE, | DATE: December 11, 2019 TIME: 10:00 a.m. |
| Defendant. | COURT: Hon. Morrison C. England, Jr. |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on December 11, 2019.

2. By this stipulation, defendant now moves to continue the status conference until January 23, 2020, and to exclude time between December 11, 2019, and January 23, 2020, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes almost 10,000 pages of discovery, in addition to audio-recordings, and images of

1

1  multiple electronic devices. All of this discovery has been either produced directly to counsel
2  and/or made available for inspection and copying.
3        b)     Counsel for defendant desires additional time to consult with their client, to
4  review the current charge, to continue to review the discovery, including the electronic images,
5  to research and consider pretrial motions, and to conduct further investigation, including
6  speaking with witnesses, and research related to the charge, and otherwise prepare for trial.
7        c)     Counsel for defendant believes that failure to grant the above-requested
8  continuance would deny him the reasonable time necessary for effective preparation, taking into
9  account the exercise of due diligence, and continuity of counsel.
10       d)     The government does not object to the continuance.
11       e)     Based on the above-stated findings, the ends of justice served by continuing the
12 case as requested outweigh the interest of the public and the defendant in a trial within the
13 original date prescribed by the Speedy Trial Act.
14       f)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,
15 et seq., within which trial must commence, the time period of December 11, 2019 to January 23,
16 2020, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code
17 T4] because it results from a continuance granted by the Court at defendant's request on the basis
18 of the Court's finding that the ends of justice served by taking such action outweigh the best
19 interest of the public and the defendant in a speedy trial.
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: December 12, 2019      McGREGOR W. SCOTT
                              United States Attorney

                              /s/ ROSANNE L. RUST
                              ROSANNE L. RUST
                              Assistant United States Attorney

Dated: December 12, 2019      /s/ JEROME PRICE
                              JEROME PRICE
                              Assistant Federal Defender for
                              Defendant
                              KEITH WILLETTE

**ORDER**

The Court adopts the stipulation of the parties as its order. However, due to the unavailability of the Court, the new status conference shall be set on April 23, 2020, at 10:00 a.m. in Courtroom 7. The parties are encouraged to file a Notice of Exclusion of Time if amenable and applicable. For time sensitive matters, the parties are directed to email the Courtroom Deputy Clerk to seek a hearing before another District Judge.

IT IS SO ORDERED.

Dated: December 20, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE