HEATHER E. WILLIAMS, SBN 122664
Federal Defender
JEROME PRICE, SBN 282400
CHRISTINA SINHA, SBN 278893
Assistant Federal Defenders
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700; F: (916) 498-5710

Attorneys for Defendant
KEITH WILLETTE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:19-CR-44-MCE-1 |
| Plaintiff, | **WAIVER OF PERSONAL APPEARANCE AND REQUEST TO APPEAR VIA VIDEO-TELECONFERENCE** |
| vs. | |
| KEITH WILLETTE, | Date:   August 13, 2020 |
| Defendant. | Time:  10:00 A.M. |
| | Judge: Hon. Morrison C. England, Jr. |

On March 30, 2020, Chief United States Judge Mueller issued General Order 614, "Coronavirus Public Emergency Authorizing Video-teleconferencing and Telephone Conferencing for Criminal Proceedings under Section 15002 of the Coronavirus Aid, Relief and Economic Security (CARES) Act," which authorizes the use of videoconferencing – or telephone phone conferencing if videoconference is not reasonably available – in various criminal proceedings.

Mr. Willette, having been advised of his right to appear in person for his status conference, as well as of the ability to waive his personal appearance and appear via video-teleconference, has elected waived his right to personally appear at his August 13, 2020 status conference, and instead requests to appear via video-teleconference.  If video-teleconference becomes unavailable, he consents to appear via teleconference.

1    Mr. Willette further agrees that the status conference in this matter – which is requested

2  for the purpose of discussing trial dates – cannot be further delayed without serious harm to the

3  interests of justice, within the meaning of General Order 614.

4    Finally, Mr. Willette consents to counsel signing this waiver on his behalf, pursuant to

5  General Order 616.  He stipulates that i) obtaining his wet signature is both impractical and

6  imprudent, given the pandemic; ii) he has had an opportunity to consult with counsel regarding

7  this matter; and iii) after said consultation, he consents to his counsel signing this order

8  electronically on his behalf.

9                                    Respectfully submitted,

10  Date: August 11, 2020            */s/  Keith Willette*
                                     KEITH WILLETTE
11                                   DEFENDANT

12

13                                   HEATHER E. WILLIAMS
                                     Federal Defender
14

15
   Date: August 11, 2020            */s/  Christina Sinha*
16                                   CHRISTINA SINHA
                                     Assistant Federal Defender
17                                   Attorneys for Defendant
                                     KEITH WILLETTE
18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**<u>O R D E R</u>**

The Court, having received and considered the defendant's waiver of personal appearance, and good cause appearing therefrom, hereby orders that the defendant's electronic signature is accepted pursuant to General Order 616.  Furthermore, his request to appear via video-teleconference (or telephone, if video-teleconference services become unavailable) for the August 13, 2020 status conference is GRANTED.

IT IS SO ORDERED.

Dated:  December 1, 2020

_____
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE