| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, SBN 122664 |
| | Federal Defender |
| 2 | CHRISTINA SINHA, SBN 278893 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 801 I Street, Third Floor |
| 4 | Sacramento, CA 95814 |
| | T: (916) 498-5700 |
| 5 | F: (916) 498-5710 |
| 6 | Attorneys for Defendant |
| | KEITH WILLETTE |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.  2:19-CR-44-MCE |
|---|---|
| Plaintiff, | ) |
| | ) **STIPULATION AND ORDER TO CONTINUE** |
| vs. | ) **MOTIONS DEADLINE** |
| | ) |
| KEITH WILLETTE, | ) Judge: Hon. Morrison C. England, Jr. |
| | ) |
| Defendant. | ) |
| | ) |

IT IS HEREBY STIPULATED and agreed by and between Acting United States Attorney Phillip A. Talbert, through Assistant United States Attorney Rosanne Rust, counsel for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Christina Sinha, counsel for Mr. Willette, that the motion filing deadline in this matter may be modified as indicated below. The parties specifically stipulate as follows:

The current motions schedule, as detailed in ECF No. 42, is:

All motions (including motions *in limine*) are due October 07, 2021;

Opposition filings are due October 21, 2021;

Reply filings are due October 28, 2021;

**A hearing on the motions is set for November 4, 2021 at 10:00 a.m.;**

A trial confirmation hearing is set for December 02, 2021; and

An eight-day jury trial is set to commence on January 10, 2022 at 9:00 a.m.

Defense counsel has a jury trial in the Eastern District of Oklahoma that is set to commence on November 02, 2021, and as such, has a conflict with the motions and hearing schedule in this matter.

Therefore, **the parties stipulate that the hearing on the motions may be continued to November 18, 2021, with all other dates remaining the same**, and respectfully move the Court to continue the hearing date accordingly.

                                          Respectfully submitted,

                                          HEATHER E. WILLIAMS
                                          Federal Defender

Date: August 11, 2021                       */s/ Christina Sinha*
                                          CHRISTINA SINHA
                                          Assistant Federal Defender
                                          Attorneys for Defendant
                                          KEITH WILLETTE


Date: August 11, 2021                       PHILLIP A. TALBERT
                                          Acting United States Attorney

                                          */s/ Rosanne Rust*
                                          ROSANNE RUST
                                          Assistant United States Attorney
                                          Attorneys for Plaintiff

**O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The November 04, 2021, hearing date is vacated and a hearing on motions is set for November 18, 2021 at 10:00 a.m. All other filing and hearing dates laid out at ECF No. 42 will remain as set.

IT IS SO ORDERED.

Dated: August 15, 2021

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE