PHILLIP A. TALBERT
Acting United States Attorney
ROSANNE L. RUST
CHRISTINA McCALL
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

ALICIA BOVE
Department of Justice, Trial Attorney
United States Department of Justice, Criminal Division
Child Exploitation & Obscenity Section
1400 New York Avenue, N.W.
Washington, D.C. 20005

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>KEITH WILLETTE,<br><br>                    Defendant. | CASE NO. 2:19-CR-44 MCE<br><br>ORDER AUTHORIZING EARLY DISCLOSURE OF GRAND JURY INFORMATION FOR DISCOVERY PURPOSES |

   Upon application of the United States of America and pursuant to Federal Rule of Criminal Procedure 6(e)(3)(E)(i):

///

///

///

///

///

1

IT IS HEREBY ORDERED that the United States is authorized to provide early disclosure of grand jury transcripts related to this case to defendant prior to the time required under the Jencks Act, 18 U.S.C. §3500.

IT IS SO ORDERED.

Dated:  October 6, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE