PHILLIP A. TALBERT
Acting United States Attorney
ROSANNE L. RUST
CHRISTINA M. McCALL
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

ALICIA A. BOVE
Department of Justice, Trial Attorney
United States Department of Justice, Criminal Division
Child Exploitation & Obscenity Section
1301 New York Avenue, N.W.
Washington, D.C. 20005

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-44 MCE |
| Plaintiff, | STIPULATION TO SET PRETRIAL MOTIONS SCHEDULE; FINDINGS AND ORDER |
| v. | |
| KEITH WILLETTE, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was reset for a jury trial on May 9, 2022. ECF No. 52. The Court previously approved the parties' suggested schedule for briefing deadlines for pretrial motions in this case. *See* ECF Nos. 42 & 47.

///

///

1

2. By this stipulation, defendant Keith Willette, through his counsel of record, and the United States hereby agree and stipulate, and request that the Court approve the following, revised schedule for pretrial motions and corresponding hearing date due to the new trial date:

    a) Each party shall file pretrial motions or motions in limine by February 24, 2022.

    b) Each party shall file responses or oppositions to the other party's motions by March 10, 2022.

    c) The optional reply briefs are to be filed by March 17, 2022.

    d) The parties jointly request that the Court set a hearing on the motions on March 24, 2022, at 10:00 a.m.

3. IT IS SO STIPULATED.

Dated: November 2, 2021

PHILLIP A. TALBERT
Acting United States Attorney

/s/ CHRISTINA M. McCALL
CHRISTINA M. McCALL
Assistant United States Attorney

Dated: November 2, 2021

/s/ CHRISTINA SINHA
CHRISTINA SINHA
Assistant Federal Defender for Defendant
KEITH WILLETTE

### FINDINGS AND ORDER

The Court has read and considered the parties' Stipulation. The Court ORDERS that a hearing on the pretrial motions will take place on March 24, 2022, at 10:00 a.m. The Court ADOPTS the proposed briefing schedule set forth above.

IT IS SO ORDERED.

Dated: November 4, 2021

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE