PHILLIP A. TALBERT
Acting United States Attorney
ROSANNE L. RUST
CHRISTINA McCALL
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

ALICIA A. BOVE
Department of Justice, Trial Attorney
United States Department of Justice, Criminal Division
Child Exploitation & Obscenity Section
1301 New York Avenue, N.W.
Washington, D.C. 20005

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>                    v.<br><br>KEITH WILLETTE,<br><br>                    Defendant. | CASE NO. 2:19-CR-44 JAM<br><br>STIPULATION TO SET MATTER FOR TRIAL; and ORDER |

**STIPULATION**

On November 9, 2021, the Court issued an order (Docket No. 55), re-assigning this case from Judge England to Judge Mendez and vacating the May 9, 2022 trial date. The Court also vacated the Trial Confirmation Hearing set for March 24, 2022.

The parties stipulate and agree that the status hearing may proceed with the defendant appearing in person. The parties request that the Court enter an order making the specific findings articulated below:

1) By this stipulation, defendant KEITH WILLETTE, through his counsel of record, and the

United States hereby request that this matter be set for a jury trial on May 9, 2022 at 9:00 a.m.

2) The parties jointly request that the Court hold a trial confirmation hearing and pretrial motion hearing on March 22, 2022 at 9:30 a.m.

3) The parties request that the Court adopt the previously imposed pretrial motion briefing schedule set forth in Docket No. 54.

Dated:  November 16, 2021

PHILLIP A. TALBERT
Acting United States Attorney

By:  /s/ CHRISTINA McCALL
CHRISTINA McCALL
Assistant United States Attorney

Dated:  November 16, 2021

/s/ CHRISTINA SINHA
CHRISTINA SINHA
Assistant Federal Defender for
Defendant Keith Willette

**FINDINGS AND ORDER**

1. The Court adopts the findings above.

2. Based on the findings above, and under the Court's authority the trial confirmation and pretrial motion hearing will proceed on March 22, 2022 at 9:30 a.m. and jury trial to commence on May 9, 2022 at 9:00 am.

3. The Court adopts the proposed pretrial motion briefing schedule and Speedy Trial Act exclusions previously entered in this case.

IT IS SO FOUND AND ORDERED this 16th day of November, 2021.

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE