**EXHIBIT A**

VERN R. PIERSON
El Dorado County District Attorney
State Bar #152268
515 Main Street
Placerville, CA   95667
Phone: (530) 621-6472
Fax: (530) 621-1280

Attorneys for Plaintiff

**FILED**
SEP 26 2017
EL DORADO CO. SUPERIOR COURT
BY_____(DEPUTY)

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## IN AND FOR THE COUNTY OF EL DORADO

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA,<br><br>Plaintiff,<br><br>-vs-<br><br>KEITH WAYNE WILLETTE,<br><br>Defendant(s). | DKT: P17CRF0210<br><br>DA #: 17-05-002975<br><br>**SECOND AMENDED CRIMINAL COMPLAINT**<br><br>AGENCY REPORT #:<br>EDSO EG1704216<br><br>DEPARTMENT 7 |

The District Attorney of El Dorado County, based upon information and belief, hereby alleges:

### COUNT 1

On or between the 1st day of June, 1999, and the 3rd day of May, 2004, in the County of El Dorado, the crime of SEXUAL PENETRATION BY FOREIGN OBJECT in violation of **PENAL CODE SECTION 289(a)(1), a Felony**, was committed by KEITH WAYNE WILLETTE, who committed an act of sexual penetration when the act was accomplished against the victim's will by means of force, violence, duress, menace and fear of immediate and unlawful bodily injury on Jane Doe. (3, 6, 8)

NOTICE: Conviction of this offense will require you to register pursuant to Penal Code Section 290. Willful failure to register is a crime.

---

*Criminal Complaint*                                                                                      *Page 1*

NOTICE: Being charged with this criminal offense can result in mandatory pre-conviction HIV/AIDS testing and disclosure of the results to a victim and the Chief Medical Officer of the jail or prison facility where you are incarcerated pursuant to Penal Code Section 1524.1 and Health and Safety Code section 121055 following a probable case hearing resulting in a court order.

NOTICE: The above offense is a serious felony within the meaning of Penal Code section 1192.7(c) and a violent felony within the meaning of Penal Code Section 667.5(c).

NOTICE: Conviction of this offense will require you to provide specimens and samples pursuant to Penal Code section 296. Willful refusal to provide the specimens and samples is a crime.

Pursuant to Penal Code sections 18 and 1170(h), it is further alleged that conviction of the above offense will render said defendant(s) eligible for state prison commitment should probation be denied.

## COUNT 2

On or between the 1st day of June, 1999, and the 3rd day of May, 2000, in the County of El Dorado, the crime of ANAL & GENITAL PENETRATION BY FOREIGN OBJECT, in violation of **PENAL CODE SECTION 289(i), a Felony**, was committed by KEITH WAYNE WILLETTE, who committed an act of sexual penetration with Jane Doe, who was under sixteen years old, and the defendant being over the age of 21 at the time of the offense. (16, 2, 3)

## COUNT 3

On or between the 1st day of June, 1999, and the 3rd day of May, 2000, in the County of El Dorado, the crime of LEWD ACT UPON A CHILD, in violation of **PENAL CODE SECTION 288(c)(1), a Felony**, was committed by KEITH WAYNE WILLETTE, who did willfully, unlawfully and lewdly commit a lewd and lascivious act upon and with the body of Jane Doe, who was 15 years old, with the intent of arousing, appealing to, and gratifying the lust, passions, and sexual desires of the defendant, who was at least 10 years older than Jane Doe. (1, 2, 3)

NOTICE: Conviction of this offense will require you to register pursuant to Penal Code Section 290. Willful failure to register is a crime.

NOTICE: Pursuant to Penal Code Sections 11166 and 11168, a Suspected Child Abuse Report (SCAR) may have been generated in this case. Penal Code Section 11167 and 11167.5 limit access to a SCAR. A protective order issued by a court is necessary to obtain a copy of the report.

NOTICE: Pursuant to the provisions of PC Section 293.5 the use of pseudonym "Jane or John Doe", if it appears in the complaint or information, is for purposes of protecting the privacy of the alleged victim.

Pursuant to Penal Code sections 18 and 1170(h), it is further alleged that conviction of the above offense will render said defendant(s) eligible for state prison commitment should probation be denied.

### COUNT 4

On Or About May 25, 2017, in the County of El Dorado, the crime of POSSESSION OR CONTROL OF CHILD PORNOGRAPHY, in violation of **PENAL CODE SECTION 311.11(a), a Felony**, was committed by KEITH WAYNE WILLETTE, who did unlawfully and knowingly possess and control matter depicting a person under the age of 18 years personally engaging in and simulating sexual conduct as defined in Penal Code Section 311.4(d).   (16, 2, 3)

### SPECIAL ALLEGATION - STATUTE OF LIMITATIONS - MINOR

It is further alleged as to COUNTS 1 through 3, pursuant to Penal Code section 803(g), that there is clear and convincing independent corroborative evidence of the above mentioned crimes, that Jane Doe was over 21 when she reported to California Law Enforcement on May 18, 2017, and that she reported offenses that occurred when she was under the age of 18.

///

///

///

*Criminal Complaint*   Page 3

**Based upon information and belief,** the undersigned certifies in his/her official capacity and under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on the date stated below at El Dorado County, California.

VERN R. PIERSON
District Attorney

By: _____
LISETTE SUDER
Deputy District Attorney

Dated: August 24, 2017
vm

**LOCATION OF CRIME:** UNINCORPORATED

**Pursuant to Penal Code §1054.5(b),** the People are hereby informally requesting that defense counsel provide discovery to the People as required by Penal Code §1054.3 and pursuant to the provisions of Penal Code §1054.7.

**WARNING: Penal Code Section 1054.2** makes it a Misdemeanor Criminal Offense for an attorney receiving discovery to disclose certain confidential information regarding victims and witnesses to defendants and others. Attorneys should review this code section carefully before sharing reports received in discovery with anyone.