**EXHIBIT B**

```
 1            SUPERIOR COURT OF THE STATE OF CALIFORNIA

 2               IN AND FOR THE COUNTY OF EL DORADO

 3    DEPARTMENT 7                         HON. LEE FELICE, JUDGE

 4                           ---oOo---

 5    PEOPLE OF THE STATE OF CALIFORNIA,

 6                  Plaintiff,

 7    vs.                                  Case No. P17CRF0210

 8    KEITH WAYNE WILLETTE,

 9                  Defendant.
      _____/
10
                             ---oOo---
11

12             REPORTER'S TRANSCRIPT OF PROCEEDINGS

13                      FEBRUARY 6, 2018

14                           ---oOo---

15               A P P E A R A N C E S

16
      For the Plaintiff:   VERN PIERSON, District Attorney
17                         El Dorado County
                           778 Pacific Street
18                         Placerville, CA  95667
                           BY:  LISETTE SUDER, Deputy
19

20    For the Defendant:   TERI MONTEROSSO, Public Defender
                           El Dorado County
21                         3976 Durock Road, Suite 104
                           Shingle Springs, CA  95682
22                         BY:  WILLIAM DITTMANN, Deputy

23

24                                  CERTIFIED
                                    TRANSCRIPT
25

26

27

28    Reported By:    Linda Dunbar-Street, CSR #8256
```

```
 1                    PLACERVILLE, CALIFORNIA
 2              TUESDAY, FEBRUARY 6, 2018, 3:01 P.M.
 3   DEPARTMENT 7                          HON. LEE FELICE, JUDGE
 4                           ---oOo---
 5       THE COURT:  People versus Keith Willette.  This is
 6   P17CRF0210.  Defendant is present in custody with
 7   Mr. Dittmann.  Ms. Suder is here for the People.
 8       And it's my understanding that there has been a
 9   disposition arrived at.  And counsel, would you indicate what
10   that disposition is.
11       MS. SUDER:  Yes, plea to Count Two and Count Four for 3
12   years and 8 months in state prison.
13       THE COURT:  And that's stipulated?
14       MR. DITTMANN:  Stipulated.
15       MS. SUDER:  Yes.
16       THE COURT:  All right.
17       MS. SUDER:  We just would be asking to take the plea
18   today and put over judgment and sentence.
19       THE COURT:  Refer to Probation for formal probation
20   report?
21       MR. DITTMANN:  For a stipulated sentence report.
22       THE COURT:  Do you want a probation report or you just
23   want credits?
24       MS. SUDER:  Stipulated sentence report where they still
25   do the statement of facts, restitution, but not -- but we've
26   agreed upon the sentence.
27       THE COURT:  Okay.  Mr. Willette, you've heard what
28   Ms. Suder and Mr. Dittmann indicated you're willing to do at
```

1  this time.  Is that your understanding, sir?
2       THE DEFENDANT:  Yes.
3       THE COURT:  With respect to these two felony charges,
4  sir, you're pending a preliminary hearing and you have the
5  right to have a preliminary hearing; that is, you have the
6  right to require the prosecution present evidence, convince
7  the Court that there's probable cause to believe that you
8  committed the crimes that you're going to be pleading no
9  contest to here this afternoon.
10      MR. DITTMANN:  It's going to be a guilty plea on Count
11 Two and Four.
12      MS. SUDER:  It has to be a guilty plea.
13      THE COURT:  All right.  So you understand you have the
14 right to a preliminary hearing with respect to these charges
15 that you're going to be pleading guilty to?
16      THE DEFENDANT:  Yes.
17      THE COURT:  Are you willing to give up your right to have
18 a preliminary hearing?
19      THE DEFENDANT:  Yes.
20      THE COURT:  You also would have the right to a trial;
21 that is, you would have the right to require that the
22 prosecution present evidence and convince either 12 jurors
23 beyond a reasonable doubt of you're guilt of these charges.
24 But if both sides were willing to waive a jury trial you would
25 also have the right to a court trial; that is, you could
26 require that the prosecution present evidence and convince a
27 judge beyond and reasonable doubt of your guilt to the second
28 and forth count in the complaint.  Do you understand your

```
 1  right to have a trial?
 2       THE DEFENDANT:  Yes.
 3       THE COURT:  Do you give up your right to have a trial?
 4       THE DEFENDANT:  Yes.
 5       THE COURT:  During that trial you would have the right to
 6  be present in court, to watch and hear the witnesses testify,
 7  and have your attorney cross-examine them.  Do you understand
 8  that right?
 9       THE DEFENDANT:  Yes.
10       THE COURT:  Do you give up that right?
11       THE DEFENDANT:  Yes.
12       THE COURT:  You would also have the right during that
13  trial to present affirmative defense evidence and even testify
14  on your own behalf if you wish to do so.  Do you understand
15  your right to present affirmative defense evidence?
16       THE DEFENDANT:  Yes.
17       THE COURT:  Do you give up that right?
18       THE DEFENDANT:  Yes
19       THE COURT:  You would have the right to use the subpoena
20  powers of the court to compel the attendance of witnesses that
21  you would want to testify for you during the trial.  Do you
22  understand that right?
23       THE DEFENDANT:  Yes.
24       THE COURT:  Do you give up that right?
25       THE DEFENDANT:  Yes.
26       THE COURT:  You would have the right against compulsory
27  self-incrimination and the right to remain silent under the
28  Fifth Amendment of the U.S. Constitution.  Do you understand
```

```
 1  your rights under the Fifth Amendment?
 2       THE DEFENDANT:  Yes.
 3       THE COURT:  Do you give up those rights at this time?
 4       THE DEFENDANT:  Yes.
 5       THE COURT:  Now you're entering a plea to Count Two, a
 6  felony charge having a sentence range of 16 months, 2 years or
 7  3 years in prison.
 8       Count Four is also a felony which carries 16, 2, or
 9  3 years.  And the understanding and stipulated sentence in
10  this matter is going to be 3 years 8 months which would be the
11  upper term of 3 in Count Two and one-third of the midterm on
12  Count Four, or visa versa, whichever the Court selects as the
13  base term.  Was there some understanding?
14       MS. SUDER:  I don't think it matters.
15       THE COURT:  Is that your understanding, sir?
16       THE DEFENDANT:  Yes.
17       THE COURT:  What I want you to understand is this, when
18  it's stipulated there's really no argument or discussion at
19  the time of sentencing.  The Court is simply going to call
20  your case and sentence you to 3 years 8 months in prison.  You
21  understand that?
22       THE DEFENDANT:  Yes.
23       THE COURT:  Have there been any other promises made to
24  you as far as sentencing to get you to enter these pleas of
25  guilty to these charges?
26       THE DEFENDANT:  None that I'm aware of.
27       THE COURT:  And you're entering these guilty pleas freely
28  and voluntarily?
```

1       THE DEFENDANT:  Yes.
2       THE COURT:  There are other consequences of the pleas and
3  they're as follows.  Upon release from prison you will be on
4  parole.  That parole could last for up to three years.  And
5  while you're on parole if you were to violate any terms and
6  conditions of parole you could be re-committed to jail for the
7  violation of your parole status.  You understand that?
8       THE DEFENDANT:  Yes.
9       MR. DITTMANN:  There are other terms I think we would go
10 into at the time of sentencing, Your Honor.
11      THE COURT:  Well, the only thing is registration.  I want
12 to make sure he understands that these are registrable
13 offenses and he'll be required to register as a result of the
14 pleas he's entering for the rest of his life.
15      MR. DITTMANN:  He understands that, Your Honor.
16      THE COURT:  You understand that, sir?
17      THE DEFENDANT:  Yes.
18      THE COURT:  Is there possible restitution also?
19      MS. SUDER:  Yes.
20      THE COURT:  The Court at the time of sentencing is going
21 to determine whether or not there's any restitution
22 outstanding to the victims, and if there is, the Court will
23 order you to pay that restitution.  It is enforceable as any
24 other civil judgment might be enforced.  You understand that?
25      THE DEFENDANT:  Yes.
26      THE COURT:  Are either of these offenses strike offenses?
27      MS. SUDER:  No, Your Honor.
28      THE COURT:  Have you had enough time to discuss the plea

1 and consequences of it with your attorney Mr. Dittmann?
2     THE DEFENDANT:  Yes.
3     THE COURT:  Do you have any questions at this time?
4     THE DEFENDANT:  No.
5     THE COURT:  Ms. Suder, is there anything else you want me
6 to discuss with the defendant at this time?
7     MS. SUDER:  No, thank you.
8     THE COURT:  He's going to waive appeal rights?
9     MS. SUDER:  Yes.
10     THE COURT:  Sir, you have limited appeal rights when you
11 enter a plea of guilty or no contest to a criminal charge.
12 Are you willing to waive those appeal rights in this case?
13     THE DEFENDANT:  Yes.
14     THE COURT:  Mr. Dittmann, are you satisfied he
15 understands the nature of the plea and consequences?
16     MR. DITTMANN:  Yes.
17     THE COURT:  Waive formal reading of the complaint?
18     MR. DITTMANN:  Yes.
19     THE COURT:  Will you stipulate based on police report
20 EG1704216 that there's a factual basis for the defendant to
21 enter guilty pleas to the second and forth count of the
22 complaint?
23     MR. DITTMANN:  So stipulated.
24     THE COURT:  Join in?
25     MS. SUDER:  People join.  And I did think of one thing,
26 an Arbuckle waiver.
27     THE COURT:  Court at this time will find the defendant
28 has knowingly, intelligently, and voluntarily waived the

1  rights as explained to him.  Will also find that he is fully

2  aware of the consequences of entering the plea based on the

3  Court's advisal as well as representation of counsel;

4  furthermore, that based on the Court's inquiries Court is

5  satisfied that he is entering these guilty pleas freely and

6  voluntarily.

7       Sir, you have the right to be sentenced by the Judge that

8  takes the guilty plea from you.  I won't be here on your

9  sentencing date.  Are you willing to waive me as the

10 sentencing judge?

11      THE DEFENDANT:  Yes.

12      THE COURT:  All right.  We'll show a waiver of the Court

13 as the sentencing judge.

14      Is your true name Keith Wayne Willette?

15      THE DEFENDANT:  Pronounced Willette.

16      THE COURT:  In Count Two of the complaint on file in case

17 0210 how do you plead to the charge as alleged in that count?

18      THE DEFENDANT:  Guilty.

19      THE COURT:  Count Four charges you with felony violation

20 of 311.11(a), a felony.  How do you plead to that charge as

21 alleged in the forth count of the complaint?

22      THE DEFENDANT:  Guilty.

23      THE COURT:  Court will accept the guilty pleas.

24      Is there a motion as to the remaining counts?  Is there

25 going to be a Harvey waiver?

26      MS. SUDER:  It's the same victim, so the restitution

27 would be fine.  So yes, motion to dismiss the other counts.

28 He did say guilty, right?  I just couldn't hear him.

1        THE COURT:  Yes.  At this time the Court will dismiss the
2    remaining counts and special allegations.
3        We're going to refer this matter to probation, but it's
4    going to be a short report, short-form report.  March 6th and
5    that will be at 1:00 o'clock in this department.
6        Pending that hearing defendant is remanded no bail.
7    Vacate the preliminary hearing.
8        (Whereupon, the proceedings were concluded.)
9                              ---oOo---
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

```
 1          SUPERIOR COURT OF THE STATE OF CALIFORNIA

 2             IN AND FOR THE COUNTY OF EL DORADO

 3  DEPARTMENT 7                        HON. LEE FELICE, JUDGE

 4                       ---oOo---

 5  PEOPLE OF THE STATE OF CALIFORNIA,

 6              Plaintiff,

 7  vs.                              Case No. P17CRF0210

 8  KEITH WAYNE WILLETTE,

 9              Defendant.
   _____/
10

11
   STATE OF CALIFORNIA)
12                     ) ss.
   COUNTY OF EL DORADO)
13

14     I, LINDA DUNBAR-STREET, Certified Shorthand Reporter of
   the State of California, do hereby certify the foregoing pages
15  1 through 10 are a true and accurate transcription of my said
   stenographic notes taken in the above-entitled matter on:
16
       DATE OF PROCEEDINGS:  February 6, 2018
17
       I further declare, pursuant to CCP 237(a)(2), all
18  personal juror identifying information has either been
   redacted or did not appear in the Reporter's Transcript in the
19  above-entitled case.

20     Dated at Placerville, California, this 28th day of March,
    2018.
21

22              [signature: Linda Dunbar-Street]

23              _____
                      LINDA DUNBAR-STREET
24                         CSR No. 8256

25

26

27

28
```

**-**

---ooo---  2:4 9:9

**0**

0210  8:17

**1**

12  3:22
16  5:6,8
1:00  9:5

**2**

2  5:6,8
2018  2:2

**3**

3  2:11 5:7,9,10,11,20
311.11(a)  8:20
3:01  2:2

**6**

6  2:2
6th  9:4

**7**

7  2:3

**8**

8  2:12 5:10,20

**A**

accept  8:23
advisal  8:3
affirmative  4:13,15
afternoon  3:9

agreed  2:26
allegations  9:2
alleged  8:17,21
Amendment  4:28 5:1
appeal  7:8,10,12
Arbuckle  7:26
argument  5:18
arrived  2:9
attendance  4:20
attorney  4:7 7:1
aware  5:26 8:2

**B**

bail  9:6
base  5:13
based  7:19 8:2,4
basis  7:20
behalf  4:14

**C**

CALIFORNIA  2:1
call  5:19
carries  5:8
case  5:20 7:12 8:16
charge  5:6 7:11 8:17, 20
charges  3:3,14,23 5:25 8:19
civil  6:24
committed  3:8
compel  4:20
complaint  3:28 7:17,22 8:16,21
compulsory  4:26
concluded  9:8
conditions  6:6
consequences  6:2 7:1,15 8:2

Constitution  4:28
contest  3:9 7:11
convince  3:6,22,26
counsel  2:9 8:3
count  2:11 3:10,28 5:5, 8,11,12 7:21 8:16,17, 19,21
counts  8:24,27 9:2
court  2:5,13,16,19,22, 27 3:3,7,13,17,20,25 4:3,5,6,10,12,17,19,20, 24,26 5:3,5,12,15,17, 19,23,27 6:2,11,16,18, 20,22,26,28 7:3,5,8,10, 14,17,19,24,27 8:4,12, 16,19,23 9:1
Court's  8:3,4
credits  2:23
crimes  3:8
criminal  7:11
cross-examine  4:7
custody  2:6

**D**

date  8:9
defendant  2:6 3:2,16, 19 4:2,4,9,11,16,18,23, 25 5:2,4,16,22,26 6:1,8, 17,25 7:2,4,6,13,20,27 8:11,15,18,22 9:6
defense  4:13,15
department  2:3 9:5
determine  6:21
discuss  6:28 7:6
discussion  5:18
dismiss  8:27 9:1
disposition  2:9,10
Dittmann  2:7,14,21,28 3:10 6:9,15 7:1,14,16, 18,23
doubt  3:23,27

**E**

EG1704216  7:20
enforceable  6:23
enforced  6:24
enter  5:24 7:11,21
entering  5:5,27 6:14 8:2,5
evidence  3:6,22,26 4:13,15
explained  8:1

**F**

facts  2:25
factual  7:20
FEBRUARY  2:2
FELICE  2:3
felony  3:3 5:6,8 8:19,20
file  8:16
find  7:27 8:1
fine  8:27
formal  2:19 7:17
freely  5:27 8:5
fully  8:1

**G**

give  3:17 4:3,10,17,24 5:3
guilt  3:23,27
guilty  3:10,12,15 5:25, 27 7:11,21 8:5,8,18,22, 23,28

**H**

Harvey  8:25
he'll  6:13
hear  4:6 8:28
heard  2:27

Case 2:19-cr-00044-JAM   Document 61-2   Filed 08/23/22   Page 13 of 16

People vs Keith Wayne Willette                                                    Non-Confidential
P17CRF0210                          February 06, 2018                  Index: hearing..U.S.

**hearing**  3:4,5,14,18 9:6,7
**HON**  2:3
**Honor**  6:10,15,27

**I**

**inquiries**  8:4
**intelligently**  7:28

**J**

**jail**  6:6
**join**  7:24,25
**judge**  2:3 3:27 8:7,10,13
**judgment**  2:18 6:24
**jurors**  3:22
**jury**  3:24

**K**

**Keith**  2:5 8:14
**knowingly**  7:28

**L**

**LEE**  2:3
**life**  6:14
**limited**  7:10

**M**

**made**  5:23
**make**  6:12
**March**  9:4
**matter**  5:10 9:3
**matters**  5:14
**midterm**  5:11
**months**  2:12 5:6,10,20
**motion**  8:24,27

**N**

**nature**  7:15

**O**

**offenses**  6:13,26
**one-third**  5:11
**order**  6:23
**outstanding**  6:22

**P**

**P.M.**  2:2
**P17crf0210**  2:6
**parole**  6:4,5,6,7
**pay**  6:23
**pending**  3:4 9:6
**People**  2:5,7 7:25
**PLACERVILLE**  2:1
**plea**  2:11,17 3:10,12 5:5 6:28 7:11,15 8:2,8
**plead**  8:17,20
**pleading**  3:8,15
**pleas**  5:24,27 6:2,14 7:21 8:5,23
**police**  7:19
**powers**  4:20
**preliminary**  3:4,5,14,18 9:7
**present**  2:6 3:6,22,26 4:6,13,15
**prison**  2:12 5:7,20 6:3
**probable**  3:7
**probation**  2:19,22 9:3
**proceedings**  9:8
**promises**  5:23
**Pronounced**  8:15
**prosecution**  3:6,22,26
**put**  2:18

**Q**

**questions**  7:3

**R**

**range**  5:6
**re-committed**  6:6
**reading**  7:17
**reasonable**  3:23,27
**refer**  2:19 9:3
**register**  6:13
**registrable**  6:12
**registration**  6:11
**release**  6:3
**remain**  4:27
**remaining**  8:24 9:2
**remanded**  9:6
**report**  2:20,21,22,24 7:19 9:4
**representation**  8:3
**require**  3:6,21,26
**required**  6:13
**respect**  3:3,14
**rest**  6:14
**restitution**  2:25 6:18,21,23 8:26
**result**  6:13
**rights**  5:1,3 7:8,10,12 8:1

**S**

**satisfied**  7:14 8:5
**selects**  5:12
**self-incrimination**  4:27
**sentence**  2:18,21,24,26 5:6,9,20
**sentenced**  8:7

**sentencing**  5:19,24 6:10,20 8:9,10,13
**short**  9:4
**short-form**  9:4
**show**  8:12
**sides**  3:24
**silent**  4:27
**simply**  5:19
**sir**  3:1,4 5:15 6:16 7:10 8:7
**special**  9:2
**state**  2:12
**statement**  2:25
**status**  6:7
**stipulate**  7:19
**stipulated**  2:13,14,21,24 5:9,18 7:23
**strike**  6:26
**subpoena**  4:19
**Suder**  2:7,11,15,17,24,28 3:12 5:14 6:19,27 7:5,7,9,25 8:26

**T**

**takes**  8:8
**term**  5:11,13
**terms**  6:5,9
**testify**  4:6,13,21
**thing**  6:11 7:25
**time**  3:1 5:3,19 6:10,20,28 7:3,6,27 9:1
**today**  2:18
**trial**  3:20,24,25 4:1,3,5,13,21
**true**  8:14
**TUESDAY**  2:2

**U**

**U.S.**  4:28

**understand** 3:13,28
  4:7,14,22,28 5:17,21
  6:7,16,24

**understanding** 2:8 3:1
  5:9,13,15

**understands** 6:12,15
  7:15

**upper** 5:11

---

### V

**Vacate** 9:7

**versa** 5:12

**versus** 2:5

**victim** 8:26

**victims** 6:22

**violate** 6:5

**violation** 6:7 8:19

**visa** 5:12

**voluntarily** 5:28 7:28
  8:6

---

### W

**waive** 3:24 7:8,12,17
  8:9

**waived** 7:28

**waiver** 7:26 8:12,25

**watch** 4:6

**Wayne** 8:14

**whichever** 5:12

**Willette** 2:5,27 8:14,15

**witnesses** 4:6,20

---

### Y

**years** 2:12 5:6,7,9,10,
  20 6:4

CERTIFIED COPY

**FELONY ABSTRACT OF JUDGMENT—DETERMINATE**
*(NOT VALID WITHOUT COMPLETED PAGE TWO OF CR-290 ATTACHED)*

CR-290

| | |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF: | El Dorado |
| PEOPLE OF THE STATE OF CALIFORNIA vs. DEFENDANT: | Keith Wayne Willette |
| DOB: | /63 |
| AKA: | |
| CII NO.: | |
| BOOKING: | ☐ NOT PRESENT |
| Case No.: | P17CRF0210 -A / -B / -C / -D |

EL DORADO CO. SUPERIOR CT.
FILED MAR 06, 2018
BY _____ Deputy

FELONY ABSTRACT OF JUDGMENT
☑ PRISON COMMITMENT
☐ COUNTY JAIL COMMITMENT
☐ AMENDED ABSTRACT

| DATE OF HEARING | DEPT. NO. | JUDGE | |
|---|---|---|---|
| 03/06/18 | 7 | Douglas C. Phimister | ☑ IMMEDIATE SENTENCING |
| CLERK: D. Aros | REPORTER: L. Street #8256 | PROBATION NO. OR PROBATION OFFICER | |
| COUNSEL FOR PEOPLE: L. Suder | | COUNSEL FOR DEFENDANT: Wm. Dittmann | ☑ APPOINTED |

1. Defendant was convicted of the commission of the following felonies:

☐ Additional counts are listed on attachment _____ (number of pages attached)

| COUNT | CODE | SECTION NO. | CRIME | YEAR CRIME COMMITTED | DATE OF CONVICTION (MO./DATE/YR.) | CONVICTED BY JURY | CONVICTED BY COURT | CONVICTED BY PLEA | TERM (L, M, U) | CONCURRENT | CONSECUTIVE 1/3 VIOLENT | CONSECUTIVE 1/3 NON-VIOLENT | CONSECUTIVE FULL TERM | INCOMPLETE SENTENCE (REFER TO item 5) | 654 STAY | YRS. | MOS. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02 | PC | 289(i) | Anal/Genital Pene. For. Obj | 1999 | 03/06/18 | | X | | U | | | | | | | 3 | 0 |
| 04 | PC | 311.11(a) | Poss/Ctr Child Pornography | 2017 | 03/06/18 | | X | | | | | X | | | | 0 | 8 |

2. ENHANCEMENTS charged and found to be true TIED TO SPECIFIC COUNTS (mainly in the PC 12022 series). List each count enhancement horizontally. Enter time imposed or "S" for stayed. DO NOT LIST ANY STRICKEN ENHANCEMENT(S).

| COUNT | ENHANCEMENT | TIME IMPOSED OR "S" FOR STAYED | ENHANCEMENT | TIME IMPOSED OR "S" FOR STAYED | ENHANCEMENT | TIME IMPOSED OR "S" FOR STAYED | TOTAL |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

3. ENHANCEMENTS charged and found to be true FOR PRIOR CONVICTIONS OR PRISON TERMS (mainly in the PC 667 series). List all enhancements horizontally. Enter time imposed or "S" for stayed. DO NOT LIST ANY STRICKEN ENHANCEMENT(S).

| ENHANCEMENT | TIME IMPOSED OR "S" FOR STAYED | ENHANCEMENT | TIME IMPOSED OR "S" FOR STAYED | ENHANCEMENT | TIME IMPOSED OR "S" FOR STAYED | TOTAL |
|---|---|---|---|---|---|---|
| | | | | | | |

4. Defendant sentenced ☑ to prison commitment per PC 1170(a), 1170(h)(3), or 1170.1(a)   ☐ to county jail per PC 1170(h)(1) or (2)
   ☐ per PC 667(b)-(i) or PC 1170.12 (strike prior)
   ☐ per PC 1170(a)(3). Pre-confinement credits equal or exceed time imposed. Defendant ordered to report to local parole office upon release.

5. INCOMPLETE SENTENCE(S) CONSECUTIVE

| COUNTY | CASE NUMBER |
|---|---|
| | |
| | |

6. TOTAL TIME ON ATTACHED PAGES: ____
7. ☐ Additional indeterminate term (see CR-292).
8. TOTAL TIME: 3 | 8

This form is prescribed under PC 1213.5 to satisfy the requirements of PC 1213 for determinate sentences. Attachments may be used but must be referred to in this document.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CR-290 [Rev. January 2, 2012]

**FELONY ABSTRACT OF JUDGMENT—DETERMINATE**

Penal Code,
§ 1213, 1213.5

WILLETTE_00000333

CERTIFIED COPY

CR-290

| PEOPLE OF THE STATE OF CALIFORNIA vs. DEFENDANT: Keith Wayne Willette | | | |
|---|---|---|---|
| P17CRF0210 -A | -B | -C | -D |

9. **FINANCIAL OBLIGATIONS** (plus any applicable penalty assessments):

a. **Restitution Fines:**

Case A: $ 1800 per PC 1202.4(b) (forthwith per PC 2085.5 if prison commitment); $ 1800 per PC 1202.45 suspended unless parole is revoked.
   $_____ per PC 1202.44 is now due, probation having been revoked.

Case B: $_____ per PC 1202.4(b) (forthwith per PC 2085.5 if prison commitment); $_____ per PC 1202.45 suspended unless parole is revoked.
   $_____ per PC 1202.44 is now due, probation having been revoked.

Case C: $_____ per PC 1202.4(b) (forthwith per PC 2085.5 if prison commitment); $_____ per PC 1202.45 suspended unless parole is revoked.
   $_____ per PC 1202.44 is now due, probation having been revoked.

Case D: $_____ per PC 1202.4(b) (forthwith per PC 2085.5 if prison commitment); $_____ per PC 1202.45 suspended unless parole is revoked.
   $_____ per PC 1202.44 is now due, probation having been revoked.

b. **Restitution per PC 1202.4(f):**

Case A: $_____ [✓] Amount to be determined to [✓] victim(s)* [ ] Restitution Fund
Case B: $_____ [ ] Amount to be determined to [ ] victim(s)* [ ] Restitution Fund
Case C: $_____ [ ] Amount to be determined to [ ] victim(s)* [ ] Restitution Fund
Case D: $_____ [ ] Amount to be determined to [ ] victim(s)* [ ] Restitution Fund

[ ] *Victim name(s), if known, and amount breakdown in item 13, below.   [✓] *Victim name(s) in probation officer's report.

c. **Fines:**

Case A: $_____ per PC 1202.5  $_____ per VC 23550 or _____ days [ ] county jail [ ] prison in lieu of fine [ ] concurrent [ ] consecutive
   [ ] includes: [ ] $50 Lab Fee per HS 11372.5(a) [ ] $_____ Drug Program Fee per HS 11372.7(a) for each qualifying offense

Case B: $_____ per PC 1202.5  $_____ per VC 23550 or _____ days [ ] county jail [ ] prison in lieu of fine [ ] concurrent [ ] consecutive
   [ ] includes: [ ] $50 Lab Fee per HS 11372.5(a) [ ] $_____ Drug Program Fee per HS 11372.7(a) for each qualifying offense

Case C: $_____ per PC 1202.5  $_____ per VC 23550 or _____ days [ ] county jail [ ] prison in lieu of fine [ ] concurrent [ ] consecutive
   [ ] includes: [ ] $50 Lab Fee per HS 11372.5(a) [ ] $_____ Drug Program Fee per HS 11372.7(a) for each qualifying offense

Case D: $_____ per PC 1202.5  $_____ per VC 23550 or _____ days [ ] county jail [ ] prison in lieu of fine [ ] concurrent [ ] consecutive
   [ ] includes: [ ] $50 Lab Fee per HS 11372.5(a) [ ] $_____ Drug Program Fee per HS 11372.7(a) for each qualifying offense

d. **Court Security Fee:** $ 80 per PC 1465.8.   e. **Criminal Conviction Assessment:** $ 60 per GC 70373.

10. **TESTING:** [ ] Compliance with PC 296 verified  [ ] AIDS per PC 1202.1 [✓] other (specify): DNA per 296(a)(1) PC

11. **REGISTRATION REQUIREMENT:** [✓] per (specify code section): 290 PC Mand. for Life

12. [ ] **MANDATORY SUPERVISION:** Execution of a portion of the defendant's sentence is suspended and deemed a period of mandatory supervision under Penal Code section 1170(h)(5)(B) as follows (specify total sentence, portion suspended, and amount to be served forthwith):

Total: _____  Suspended: _____  Served forthwith: _____

13. **Other orders** (specify): No contact with the victim(s) per 1202.05 PC. No firearms for life. Pay $1095 for Probation Report per 1203.1(b) PC.
Pay $300 Sex Offender Fee per 290.3 PC.

14. **IMMEDIATE SENTENCING:** [✓] Probation to prepare and submit a post-sentence report to CDCR per 1203c.
Defendant's race/national origin: White

15. **EXECUTION OF SENTENCING IMPOSED**
   a. [✓] at initial sentencing hearing
   b. [ ] at resentencing per decision on appeal
   c. [ ] after revocation of probation
   d. [ ] at resentencing per recall of commitment (PC 1170(d).)
   e. [ ] other (specify):

16. **CREDIT FOR TIME SERVED**

| CASE | TOTAL CREDITS | ACTUAL | LOCAL CONDUCT | |
|---|---|---|---|---|
| A | 568 | 284 | 284 | [ ] 2933 [ ] 2933.1 [✓] 4019 |
| B | | | | [ ] 2933 [ ] 2933.1 [ ] 4019 |
| C | | | | [ ] 2933 [ ] 2933.1 [ ] 4019 |
| D | | | | [ ] 2933 [ ] 2933.1 [ ] 4019 |

Date Sentence Pronounced: 03 06 2018

Time Served in State Institution: DMH [ ]  CDC [✓]  CRC [ ]

17. The defendant is remanded to the custody of the sheriff [✓] forthwith [ ] after 48 hours excluding Saturdays, Sundays, and holidays.
To be delivered to [✓] the reception center designated by the director of the California Department of Corrections and Rehabilitation.
[ ] county jail [ ] other (specify):

**CLERK OF THE COURT**

I hereby certify the foregoing to be a correct abstract of the judgment made in this action.

DEPUTY'S SIGNATURE: _____   DATE: 03/06/18

CR-290 [Rev. January 2, 2012]   **FELONY ABSTRACT OF JUDGMENT—DETERMINATE**   Page 2 of 2

WILLETTE_00000334