**EXHIBIT C**



# United States Department of Justice
## Criminal Division

Child Exploitation and Obscenity Section
High Technology Investigative Unit

| **Subject:** Technical Assistance Request – Investigation of Keith Willette | |
|---|---|
| **Examiner:** Bradley Gordon | **ACTS Number:** 201800954 |
| **Case Type:** Child Exploitation | **Report Date:** November 15, 2018 |
| **Attachments:** 8 | **Page:** 1 of 5 |

**ITEMS TO BE EXAMINED:**

1) **"SC-2593347-1B9-HD0"** is an image copy of a 500GB Seagate ST9500325AS hard drive, serial number 5VE1VJLH contained within a Hewlett-Packard (HP) Pavilion DV7 laptop computer, serial number CND9202G7D; MD5 hash value c288df3409c8364f695caa135478c9aa; created by Federal Bureau of Investigation (FBI) Analyst Tanya Konrad on May 16, 2018.

2) **"SC-2593347-1B14-HD0"** is an image copy of a 200GB Seagate ST3200822AS hard drive, serial number 5LJ151AZ contained within a Gateway 507GR desktop computer, serial number CAG61002558; MD5 hash value d59fda13f542a9b504d7bf8e770ca87f; created by FBI Analyst Tanya Konrad on May 15, 2018.

3) Dell Dimension Computer 45500 Desktop Computer, serial number 49T8121, containing two hard drives:

    a) **"SC-2593347-1B15-HD0"** is an image copy of a 40GB Maxtor D740X-6L hard drive, serial number 662228112796, MD5 hash value 2edcc40125a94ac8326104c4645a5a2e; created on May 15, 2018 by FBI Analyst Tanya Konrad.

    b) **"SC-2593347-1B15-HD1"** is an image copy of an 80GB Western Digital WD800BB-00DKA0 hard drive, serial number WMAHL2026843, MD5 hash value cdcaed566e0e5c123b72fb9ad0ca82fb; created on May 10, 2018 by FBI Analyst Tanya Konrad.

4) **"SC-2593347-1B16-HD0"** is an image copy of a 80GB Western Digital (WD) WD800BB-75FJA1 hard drive, serial number WMAJ96194913 contained within a Dell Dimension 2400 desktop computer, serial number CZLC461; MD5 hash value 745b382162b87a4d25f30d05731b9ce7; created by FBI Analyst Tanya Konrad on May 15, 2018.

**TECHNICAL ASSISTANCE REQUESTED:**

Assist in identifying evidence of child exploitation offenses relating to the production, transportation and possession of child pornography, and transportation of minors for sexual exploitation.

| | |
|---|---|
| **Subject:** Technical Assistance Request – Investigation of Keith Willette | |
| **Examiner:** Bradley Gordon | **ACTS Number:** 201800954 |
| **Case Type:** Child Exploitation | **Report Date:** November 15, 2018 |
| **Attachments:** 8 | **Page:** 2 of 5 |

**FINDINGS:**

<u>**Item 1: Hewlett-Packard (HP) Pavilion DV7 Laptop Computer (SC-2593347-1B9-HD0)**</u>

1. **Windows Live Mail:** Windows Live Mail is an email program built into the Windows 7 operating system and includes the ability to configure and support multiple email accounts, sending files, images and videos as attachments to email, and other features. The folder "\Windows.old\Users\Staples\AppData\Local\Microsoft\Windows Live Mail\" and sub-folders contain email messages associated with the email account "keithwillette@msn.com". The entire contents of the folder and sub-folders were extracted and included as **Attachment 1**. An email file named "199F22E4-00000067.eml" located in the folder "\Windows.old\Users\Staples\AppData\ Local\Microsoft\Windows Live Mail\Msn (keithw_7a\My Stuff\" contains an email message dated January 7, 2008 and is included as **Attachment 1a**. A PDF version of the email is also included in **Attachment 1a**. The email contains text from ▇▇▇▇ (▇▇▇▇yahoo.com) to ▇▇▇▇▇▇▇▇ that includes the text:

   - Are you still married to Keith? If you are, why?
   - Does what happened to me concern you at all, or is it easier to just move on without my family in your life?
   - When you found out what he was doing, why didn't you stop him? In fact, how was he able to get you involved in it? And why did you become involved a few times?
   - Do you miss me? Or has Keith convinced you that myself and ▇▇▇ re the devil? And that me and the fact that I finally escaped from him is the cause of the family's dysfunction?

<u>**Item 2: Gateway 507GR Desktop Computer (SC-2593347-1B14-HD0)**</u>

2. **Suspected Sexually Explicit Images in Unallocated Space:** Unallocated space on a hard drive is space that is not being used to store files in the file system. The unallocated space may contain data that previously existed as files but were deleted. Even though the files were deleted, the underlying data still exists on the hard drive and may be recoverable. Files that are recovered from unallocated space do not include file names, created or modified dates, or other file attributes. A search was conducted to identify images from unallocated space and numerous images were recovered. A review of these images identified 49 images of suspected minors and includes suspected minors engaged in sexually explicit conduct. These 49 images are included as **Attachment 2**.

3. **Web Browsing Activity:** Google Chrome, Mozilla Firefox, and Internet Explorer web browsers are used to access and download websites from the internet. Web browsers can include a number of features to make the web browser store information the user may wish to access again in the future including autofill data, bookmarks, logins, downloads, passwords, conduct searches, web history, and previous sessions. Just as images and videos can be recovered from unallocated space, previously deleted web browsing evidence can be recovered from unallocated space as well.

   Google Chrome data was located under the Windows User Account "Owner" located in the folder "\Documents and Settings\Owner\Local Settings\Application Data\Google\Chrome\". **Attachment 3** contains several Microsoft Excel spreadsheets containing extracted Google Chrome web browsing activity

| **Subject:** Technical Assistance Request – Investigation of Keith Willette ||
|---|---|
| **Examiner:** Bradley Gordon | **ACTS Number:** 201800954 |
| **Case Type:** Child Exploitation | **Report Date:** November 15, 2018 |
| **Attachments:** 8 | **Page:** 3 of 5 |

including autofill, bookmarks, and deleted web browsing activity.

Some examples of sexually explicit web activity include:

   A. Artistic nudes
   B. Paradise Nudes Free Porn - Nude babes free porn movies of sexy teen nudes fucked hard!
   C. Young Babes Hot Girls Nude Models Topless Babes College Teen Sex

Mozilla Firefox data was located in the Windows User Account "Owner" located in the folder "\Documents and Settings\Owner\Application Data\Mozilla\Firefox\Profiles\". **Attachment 3** contains several Microsoft Excel spreadsheets containing extracted Mozilla Firefox web browsing activity including bookmarks, cache records, web browsing history, and session activity.

Some examples of sexually explicit web activity include:

   D. www.3teen.com
   E. (3teen - Free Teen Porn, Teen Sex, Nude Girls, Sexy Teens Porn, Teen Models, Naked Girls)
   F. www.17babes.com
   G. (17 BABES young teen girls club seventeen ass tits)
   H. http://younger-amateurs.com/gals/casual-teens/sexk/3.wmv
   I. http://gfs4free.com/free-porn/watchmygf/pics/941-many-amateur-teens-undressing-sexy/iwant18.html

Microsoft Internet Explorer is a program included with the Microsoft Windows operating system and is used to access web sites on the internet and access files stored locally on the computer. Microsoft Internet Explorer stores information about web sites and files accessed by the computer user in files named "index.dat" located in the folder "\Documents and Settings\Owner\Local Settings\History\History.IE5\" and sub-folders. This activity includes web browsing activity, cache records, and deleted web browsing activity. **Attachment 3** contains a listing of Microsoft Internet Explorer internet and local computer activity for user account "Owner".

Some examples of sexually explicit web activity include:

   J. younger-amateurs.com
   K. perfectteenies.com_1_1[1]1.jpg
   L. free-soft-teenies.com_1_1[1].jpg

**Item 3a:  Dell Dimension 4550 Desktop Computer – 40GB Maxtor Hard Drive (SC-2593347-1B15-HD0)**

4. **"Security" Folder:** The folder "Security" was located at "\Documents and Settings\Keith\Desktop\Security\" and contained ten files including a document called "My ▊▊ Journal.doc" created on May 20, 2004 and last modified on May 26, 2004. This document matches a copy that was recovered by local authorities executing a search warrant at Willette's residence but includes additional journal entries that are missing from that copy. The journal entries are signed by "Keith" and

| **Subject:** Technical Assistance Request – Investigation of Keith Willette ||
|---|---|
| **Examiner:** Bradley Gordon | **ACTS Number:** 201800954 |
| **Case Type:** Child Exploitation | **Report Date:** November 15, 2018 |
| **Attachments:** 8 | **Page:** 4 of 5 |

   detail the relationship with ▮▮▮▮.  The entire contents of the folder were extracted and included as **Attachment 4**.

5. **"My Documents" Folder:**  The folder "My Documents" was located at "\Documents and Settings\Keith.WILLETTE-FAMILY\My Documents\".  The folder and sub-folders and sub-folders contain 85 Microsoft Word documents, 171 images, and other files. A review of the Microsoft Word documents identified the following significant documents:

    1) "Final Wishes.doc": created August 2, 2004 and includes information related to a last will and testament and references suicide.
    2) "Letter to judge.doc": created on December 21, 2006 written by Rayme Willette to Judge Dwyer.
    3) "Mad letter to N.doc" created on May 27, 2007 apparently written to
    4) "Lessmad Letter to N.doc" created on June 3, 2007 written to ▮▮▮▮

   The entire contents of the "My Documents" folder and sub-folders were extracted and included as **Attachment 5**.

**Item 3b:  Dell Dimension 4550 Desktop Computer – 80GB WD Hard Drive (SC-2593347-1B15-HD1)**

No items of evidentiary value were located on this hard drive.

**Item 4:  Dell Dimension 2400 Desktop Computer (SC-2593347-1B16-HD0)**

6. **Suspected Sexually Explicit Images in Unallocated Space:**  A search was conducted to identify images from unallocated space and numerous images were recovered. A review of these images identified 95 images depicting suspected minors engaged in sexually explicit conduct and are included as **Attachment 6.**

7. **Sexually Explicit Images and Videos:**  A review of the folders of "\Documents and Settings\Keith W. Willette\Local Settings\Temporary Internet Files\Content.IE5\", "\Documents and Settings\Keith W. Willette\Desktop\Legal Briefcase\Maaco\", and "\Shredder\" and sub-folders contain 16 images depicting sexually explicit conduct and are included as **Attachment 7.**  There is a partial video located in the folder "\Documents and Settings\Keith W. Willette\Local Settings\Temporary Internet Files\Content.IE5\ HQOWJQVU\" depicting sexually explicit conduct.  **Attachment 7** includes a file listing with file attributes such as "File Name", "File Path", "File Size", "File Created", "Last Written", "Last Accessed", and "MD5 Hash" in a Microsoft Excel spreadsheet.

8. **Web Browsing Activity:**  Microsoft Internet Explorer stores information about web sites and files accessed by the computer user in files named "index.dat" located in the folder "\Documents and Settings\Keith W. Willette.older\Local Settings\History\History.IE5\" and sub-folders.  This activity includes web history, cache records, in-browser private browsing, and deleted web browsing activity.  **Attachment 8** contains a listing of Microsoft Internet Explorer Internet and local computer activity for user account "Keith W. Willette".

| Subject: | Technical Assistance Request – Investigation of Keith Willette |
|---|---|
| **Examiner:** Bradley Gordon | **ACTS Number:** 201800954 |
| **Case Type:** Child Exploitation | **Report Date:** November 15, 2018 |
| **Attachments:** 8 | **Page:** 5 of 5 |

Some examples of web activity include:

- M. http://sexy-sweeties.com
- N. http://racyteen.com
- O. http://www.teeniesland.com/st/st.php?cat=222319&url=http://www.teeniesland.com/photos/teens.shtml&p=100&b=1

_____
(signature of examiner)

_____
(signature of reviewer)

11/15/2018
(date)

11/15/18
(date)