**EXHIBIT D**



OFFICE OF THE
# DISTRICT ATTORNEY
EL DORADO COUNTY, CALIFORNIA

## VERN PIERSON, DISTRICT ATTORNEY

### Criminal Investigation

**D.A. CASE#:** 17-05-002975

**AGENCY:** El Dorado County Sheriff's Office

**AGENCY CASE#:** EG1704216

**D.A. INVESTIGATOR:** J. Robertson DA62

**DATE:** August 24, 2017

**CHARGE:** 289(a)(1) PC, 289(i) PC, 288(c)(1) PC,

**VICTIM:** ▉▉▉▉▉▉▉▉▉▉▉▉▉

**SUSPECT:** Willette, Keith

**DETAILS:**
On June 27, 2017 I received a follow up request regarding the forensic analysis of numerous computers and a tablet related to this investigation. On July 5, 2017 I checked out property items EV10, EV-11, EV-12, EV-13, EV-14, and EV-15 from the El Dorado County Property Section. Pursuant to Search Warrant P17SW0125, the following analyses were conducted. Forensic reports were prepared for those items of evidentiary value. The forensic reports will supplement this narrative.

It should be noted in that in the examinations some data/information was located in the unallocated space of the computer hard drive(s). The unallocated space is that data that has been designated to be overwritten by the operating system (i.e. Windows), spaces on a hard drive that are not currently being used, or currently not "allocated" for the use of an active computer file. This data can be temporary data that was needed by the operating system or data that the user of the computer has deleted. With the assistance of forensic software, I am able to retrieve and view this data so long as it has not been overwritten with newer data. It is common that these files or information recovered from unallocated space no longer maintain dates and times that they were created, accessed, or written to/from while maintained on the hard drive(s).

**EVIDENCE:**
**K1379-08 (EV-12):** One white and black Dell XPS 8300 desktop computer tower bearing service tag number 8H9PHS1. I observed an attached Sony 32GB SD Card inserted into the front SD port however, it appeared severely bent and was deemed non-functional. The computer tower contained two separate hard drives further designated as Hard Drive A and Hard Drive B. Hard Drive A was a 500GB Seagate model 9YP142-520 bearing serial number Z2AJZ2H8. Hard Drive B was a duplicate model bearing serial number Z2AJZ259.

D.A. Case# 17-05-002975
D.A. Investigator J. Robertson
Page 1 of 10

000066

More names attached ☐

WILLETTE_K_PROTECTED_000151

To complete my analysis, I removed both hard drives from the computer and using the Forensic Dossier acquisition tool, made a forensic copy of them. The copies were then used for an examination of the information contained therein. Upon accessing the data, I was able to determine the hard drives had been originally set up in a "RAID 0" configuration. RAID stands for Redundant Array of Independent (or Inexpensive) Disks. Simply put, it is two or more hard drives working in unison to create a larger and faster bank of memory. A RAID 0 configuration uses "disk striping" in which it writes separate portions of files to each drive thus spreading the data on both drives. For this reason, I reconstructed the RAID (256kb stripe size) utilizing the X-Ways forensic tool allowing for the data from both disks to be combined thus making the files accessible for further analysis.

During my analysis, I noted that the seized computer had a Windows 10 operating system and an owner name of "Windows User". Besides the standard user accounts (profiles) that are created upon the operating system installation, I noted additional user profiles of "Keith" and "Keith Willette". I noted the both profiles had full file structure.

In further analyzing the data I located no items of evidentiary value.

**K1379-09 (EV-13):** One silver Gateway 507GR desktop computer tower bearing serial number CAG 610 02558. The computer contained a Seagate model ST3200822AS 200GB hard drive bearing serial number 5LJ151AZ. To begin my examination, I removed the hard drive from the computer and utilizing a hardware write blocker and in conjunction with the FTK Imager acquisition tool, made a forensic copy of the device's contents. I then imported the forensic image into the X-Ways forensic tool which I used in conjunction with the Internet Evidence Finder forensic tool to complete my analysis.

The computer was determined to have a Windows XP operating system. Besides the standard user accounts (profiles) that are created upon the operating system installation, I noted additional user profiles of "Owner" and "Rayme". I noted both profiles had full file structure. During the search of the data, I also located what I recognized through my training and experience to be images of child pornography. The following items of note were subsequently identified.

## CHILD PORNOGRAPHY IMAGES (8 TOTAL)

### IEF Record 141019
Source           17-4216 Gateway 507GR.E01 - Partition 1 (Microsoft NTFS, 182.02 GB) (Unallocated Clusters)
Size (Bytes)     21401
MD5 Hash         464d63585efa79603ee8dccc2aafdf33
SHA1 Hash        911d8f639c59cec95d41a4382a37159d02cae0f7

This image is one of two copies identified on the device. It depicts a white female juvenile estimated to be between the ages of 10 and 12 at the time the image was taken. The female is seen fully nude lying on the floor with her back to the viewer and pushing off the floor with her arms. Her buttocks are exposed and she is turning her head to look toward the camera.

### IEF Record 141346
Source           17-4216 Gateway 507GR.E01 - Partition 1 (Microsoft NTFS, 182.02 GB) (Unallocated Clusters)
Size (Bytes)     36763
MD5 Hash         df0d172ad3be8691095cc6c9bdec3434
SHA1 Hash        69de061dd914966e07d23f5a271acd13653792d2

This image depicts a white female juvenile estimated to be between the ages of 13 and 15 at the time the image

D.A. Case# 17-05-002975
D.A. Investigator J. Robertson
Page 2 of 10

More names attached ☐

000067

WILLETTE_K_PROTECTED_000152

was taken. The female is lying on a bed with her breasts exposed and wearing only a pair of semi-sheer panties which she appears to be pushing off.

**IEF Record 142438**
Source          17-4216 Gateway 507GR.E01 - Partition 1 (Microsoft NTFS, 182.02 GB) (Unallocated Clusters)
Size (Bytes)    3190
MD5 Hash        1b4bc514ebf61a3daebcbc09e5e6f8a3
SHA1 Hash       c104d8c80632e1f9eecdb5e116ed6f45710c601e

This image depicts a white female juvenile estimated to be between the ages of 12 and 14 at the time the image was taken. The fully nude female is seen standing facing the viewer. Her arms are placed behind her exposing her breasts and vagina.

**IEF Record 142969**
Source          17-4216 Gateway 507GR.E01 - Partition 1 (Microsoft NTFS, 182.02 GB) (Unallocated Clusters)
Size (Bytes)    9409
MD5 Hash        ad7c6bba1d392875bed85f146a0bebd3
SHA1 Hash       c61cc30a56b433abdcc29a8dc49964443beedaf0

This image depicts a darker skinned, unknown race female juvenile estimated to be between the ages of 12 and 14 at the time the image was taken. She is seen lying on a bed and wearing only a pair of blue and white underwear with her breasts exposed.

**IEF Record 260654**
Source          17-4216 Gateway 507GR.E01 - Partition 1 (Microsoft NTFS, 182.02 GB) (Unallocated Clusters)
Size (Bytes)    11271
MD5 Hash        e04fd8e7fbd723725116c1324df54ae7
SHA1 Hash       813ebd44b8cd9402630dbb3c948dfa7e6289916a

This image depicts a white female juvenile estimated to be between the ages of 12 and 14 at the time the image was taken. It is a close up of the female's face as she is ejaculated upon by the erect penis of an unknown age white male. The words "FREE 2 PEEK" are emblazoned in the upper right hand corner of the image.

**IEF Record 260655**
Source          17-4216 Gateway 507GR.E01 - Partition 1 (Microsoft NTFS, 182.02 GB) (Unallocated Clusters)
Size (Bytes)    14689
MD5 Hash        53561818aba131c1c3929c4d784068df
SHA1 Hash       5ef0e281605e48d3ee0634135e3f2bf67c6aca1c

This image depicts a white female juvenile estimated to be between the ages of 13 and 15 at the time the image was taken. The female is fully clothed in a white t-shirt and blue and white mini-skirt. She is seated on a chair and appears to be rubbing her vagina through the fabric of the skirt with her right hand.

**IEF Record 394677**
Source          17-4216 Gateway 507GR.E01 - Partition 1 (Microsoft NTFS, 182.02 GB) (Uninitialized File Area) - [ROOT]\$BadClus:$Bad
Size (Bytes)    7884
MD5 Hash        dbd77b8996425cd2b2fb18a8964f73d4
SHA1 Hash       1c9585884a560789b20f4bf44992692083d4fdde

This image depicts a white female juvenile estimated to be between the ages of 14 and 16 at the time the image was taken. It appears to be a "selfie" of the female with her breasts exposed for the viewer.

D.A. Case# 17-05-002975
D.A. Investigator J. Robertson
Page 3 of 10

More names attached ☐

000068

WILLETTE_K_PROTECTED_000153

## ANIMATED/CARTOON CHILD PORNOGRAPHY IMAGES (2 TOTAL)

### IEF Record 141079

| | |
|---|---|
| Source | 17-4216 Gateway 507GR.E01 - Partition 1 (Microsoft NTFS, 182.02 GB) (Unallocated Clusters) |
| Size (Bytes) | 19691 |
| MD5 Hash | f311ad8a5bef811bace0741d6b2cf006 |
| SHA1 Hash | 089edb6eb937eca84c7a63df72c38d00b98cdb14 |

This image is one of two copies identified on the device. It depicts a nude prepubescent female seated on a chair facing the viewer. The female's breasts are exposed and her legs are spread exposing her vagina and anus.

## CHILD EROTICA IMAGES (4 TOTAL)

In addition to the child pornography images above, I further located four images of child erotica*. These images include preteen and teenaged females posing in sexual or provocative manners. The females are clothed in bathing suits, underwear, or lingerie-type clothing. The estimated ages of these females vary from 9 to 12 years old at the times the images were taken.

*Wikipedia defines child erotica (also referred to as "jailbait") as, ". . . non-pornographic material relating to children that is used by any individuals for sexual purposes. . . It is a broader term than child pornography, incorporating material that may cause sexual arousal such as nonsexual images, books or magazines on children or pedophilia, toys, diaries, or clothes. . . Some child erotica images are distributed over the internet and presented in a fashion similar to non-erotic child modeling."

## OTHER NOTABLE IMAGES (6 TOTAL)

I also identified 6 additional notable images which appeared to be from websites related to teen pornography. These referenced "Teen Sex", "Teens for Cash", "trymeyoung.com", "Tiny Teen Pass", and "Bunny Teens".

## NOTABLE INTERNET ACTIVITY

I located numerous internet and records/artifacts of note. These included records of extensive internet activity involving pornographic websites with themes referencing teens and young females. A sampling of the websites is as follows:

http://racyteen.com
http://lustful-girls.com/free/teen-sex-movs/movs/0004/iwant18.html
http://hardpornmovs.com/tgp2/teensexmovs/tsmx193_akgr/iwant18.html
http://coolporngals.com/tgp2/tryteens/tryt278_alwq/iwant18.html
http://www.bunnyteens.com/
http://gfs4free.com/free-porn/watchmygf/pics/941-many-amateur-teens-undressing-sexy/iwant18.html
http://www.newteenpics.net/
http://www.tequilateens.net/
http://www.teenporngallery.net/hardcore-photos-teen/1647/index.html
http://younger-amateurs.com/gals/casual-teens/sexk/
http://russianvirginz.info/
http://www.castleofvirgins.com

I also identified multiple Google searches for the term "xxx bunny teens" occurring between December 7th and

D.A. Case# 17-05-002975
D.A. Investigator J. Robertson
Page 4 of 10

000069

More names attached ☐

WILLETTE_K_PROTECTED_000154

20th, 2010.

I additionally located cookies and potential internet activity for several websites which referenced the term "lolita". I know through my training and experience that the term "lolita" was originally referenced in the novel of the same name which documents the sexual involvement of a 12 year old girl with her adult stepfather. I am aware the term is often used to identify material related to child pornography and erotica. Further iterations of the term often seen are "loli", "lolicon", and "lolly". A sampling of the websites is as follows:

http://a.deviantart.net/avatars/b/a/baby-lolita.gif?2
http://www.lolittle.net/thumbs3/001.jpg
http://th06.deviantart.net/fs70/150/f/2011/156/0/3/lolita_by_estreallua-d3i5nin.jpg
http://www.veryspecialporn.com/gallery/gallery.html?id=618783&url=http://www.veryspecialporn.com/teen-porn-galleries/2010/02/part-7-lolly-anjuta-spoil-dude/

**INDICIA**

I observed numerous images depicting the defendant, Keith Willette, who I identified from his booking photo. Five of the images were bookmarked and added to the forensic report.

I later prepared a forensic report which was burned to DVD and booked as evidence (Item DA62-01). Please refer to the report for a full accounting of identified evidence.

**K1379-10 (EV-14):** One gray Dell Dimension 4550 desktop computer tower bearing service tag number 49T8121 in a sealed HP printer box. The computer tower contained two separate hard drives further designated as Hard Drive A and Hard Drive B.

Hard Drive A was a Maxtor D740X-6L 40GB IDE hard drive bearing serial number VQ4017-01-B. For an unknown reason, the device did not function properly and could not be forensically imaged.

Hard Drive B was a Western Digital WD800BB-00DKA080GB IDE hard drive bearing serial number WMAHL2026843. To begin my examination, I removed the hard drive from the computer and utilizing a hardware write blocker and in conjunction with the FTK Imager acquisition tool, made a forensic copy of the device's contents. I then imported the forensic image into the X-Ways forensic tool which I used to complete my analysis.

Hard Drive B did not have the standard file structure and appeared to be used as a storage device for photos. In searching the data I identified no items of evidentiary value.

**K1379-11 (EV-15):** One gray Dell Dimension 2400 desktop computer tower bearing service tag number CZLC461. The computer contained a Western Digital WD800BB-75FJA1 80GB IDE hard drive bearing serial number WMAJ96194913.

To begin my examination, I removed the hard drive from the computer and utilizing a hardware write blocker and in conjunction with the FTK Imager acquisition tool, made a forensic copy of the device's contents. I then imported the forensic image into the X-Ways forensic tool which I used in conjunction with the Internet Evidence Finder forensic tool to complete my analysis.

D.A. Case# 17-05-002975
D.A. Investigator J. Robertson
Page 5 of 10

More names attached ☐

000070

WILLETTE_K_PROTECTED_000155

During my analysis, I noted that the seized computer had a Windows XP operating system and was assigned an owner name of "Keith W. Willette". Besides the standard user accounts (profiles) that are created upon the operating system installation, I noted additional user profiles of "Keith W. Willette" and "Keith W. Willette.older". I noted both profiles appeared to have full file structure. During the search, I located several items of note including what I recognized through my training and experience to be images depicting child pornography. The following items were subsequently identified.

## CHILD PORNOGRAPHY IMAGES (9 TOTAL)

### IEF Record 6569
| | |
|---|---|
| Source | 17-4216 Dell Dimension 2400.E01 - Partition 2 (Microsoft NTFS, 70.97 GB) (Unallocated Clusters) |
| Size (Bytes) | 4802 |
| MD5 Hash | 1bf07172f52432f3c336157a25e42248 |
| SHA1 Hash | 96e82603244d7323949246cee85bfc9dd1365791 |

This image depicts a white female juvenile estimated to be between the ages of 10 and 12 at the time the image was taken. The female is seen orally copulating the erect penis of an unknown age white male. It is a close-up image taken from the perspective of the male and no other information can be discerned.

### IEF Record 8219
| | |
|---|---|
| Source | 17-4216 Dell Dimension 2400.E01 - Partition 2 (Microsoft NTFS, 70.97 GB) (Unallocated Clusters) |
| Size (Bytes) | 4551 |
| MD5 Hash | 3f2a3b6061964a7d290052421264c995 |
| SHA1 Hash | 028c68b897662804f49d2d6eef63ba82542f2895 |

This image depicts an Asian female estimated to be between the ages of 12 and 14 at the time the image was taken. The fully nude female is standing bent over with an Asian male directly behind her. The male appears to be between the ages of 14 and 16 at the time the image was taken. His erect penis can be seen however vaginal or anal penetration cannot be discerned.

### IEF Record 13672
| | |
|---|---|
| Source | 17-4216 Dell Dimension 2400.E01 - Partition 2 (Microsoft NTFS, 70.97 GB) (Unallocated Clusters) |
| Size (Bytes) | 2866 |
| MD5 Hash | 8eb4914d403a32b3783353cfca56653a |
| SHA1 Hash | 53ba727b9ffed1ba24256483708cb05630d52044 |

This image depicts a white child between the ages of 7 and 9 at the time the image was taken. The child is seen fully nude and lying on a bed and facing away from the camera. The child can be seen touching the testicles of a white male adult who is holding his erect penis near the child's mouth. The gender of the child cannot be readily discerned due to the age range, hair style, and the fact that the view of his/her genitals is obstructed.

### IEF Record 15927
| | |
|---|---|
| Source | 17-4216 Dell Dimension 2400.E01 - Partition 2 (Microsoft NTFS, 70.97 GB) (Unallocated Clusters)] |
| Size (Bytes) | 9890 |
| MD5 Hash | 3625a84723f711e5a215a6c9ec65741c |
| SHA1 Hash | 47c1c5a1765f86cdc06ddac18e97073e5d44b80e |

This image depicts two white female juveniles estimated to be between the ages of 13 and 15 at the time the image was taken. The females' mouths are open and there is a white liquid substance on their faces and extended

D.A. Case# 17-05-002975
D.A. Investigator J. Robertson
Page 6 of 10

More names attached ☐

000071

WILLETTE_K_PROTECTED_000156

tongues consistent with seminal fluid.

**IEF Record 16138**
Source          17-4216 Dell Dimension 2400.E01 - Partition 2 (Microsoft NTFS, 70.97 GB) (Unallocated Clusters)
Size (Bytes)    6232
MD5 Hash        308ea105a8b9f308946ee7df813c1503
SHA1 Hash       12c01b71b63fc3b198f7ad9bf205d7dc74e5e9a9

This image depicts a white female juvenile estimated to be between the ages of 12 and 14 at the time the image was taken. The female is fully clothed but her shirt is pulled up exposing her abdomen and right breast. She is seated facing an adult white male and straddling his lap.

**IEF Record 16576**
Source          17-4216 Dell Dimension 2400.E01 - Partition 2 (Microsoft NTFS, 70.97 GB) (Unallocated Clusters)
Size (Bytes)    11416
MD5 Hash        112ac01e66e3596b5558e221a94a36b7
SHA1 Hash       38375a038b3e5e6f7f42e487696818df49f65a40

This image depicts a white female juvenile estimated to be between the ages of 13 and 15 when the image was taken. The female is wearing a blue and white t-shirt only. She is seen partially lying face down on a couch. Her exposed posterior is being penetrated by the erect penis of an unknown aged white male. It is unknown whether she is being penetrated vaginally or anally.

**IEF Record 25762**
Source          17-4216 Dell Dimension 2400.E01 - Partition 2 (Microsoft NTFS, 70.97 GB) (Unallocated Clusters)
Size (Bytes)    116671
MD5 Hash        7dce89ec837f4b2db5fdbcfbe5b4ce96
SHA1 Hash       30bd78e7874a9187f74e72ee6012e97673c836cf

This image depicts a white female juvenile estimated to be between the ages of 11 and 13 at the time the image was taken. The female is seen holding the erect penis of an unknown age white male. The male's hand is behind the female's head and he appears to be pulling her head toward his genitals.

**IEF Record 30657**
Source          17-4216 Dell Dimension 2400.E01 - Partition 2 (Microsoft NTFS, 70.97 GB) (Unallocated Clusters)
Size            5532
MD5 Hash        62a873721789f006e114c495c8507d04
SHA1 Hash       a3cef911f94e251016083e6d9eac32b6478b25dc

This image depicts a white female juvenile estimated to be between the ages of 14 and 16 at the time the image was taken. The female appears to be on her knees in front of an unknown aged white male adult who is standing directly in front of her. The male's erect penis is near the female's mouth and his left hand his holding the back of her head.

**IEF Record 32998**
Source          17-4216 Dell Dimension 2400.E01 - Partition 2 (Microsoft NTFS, 70.97 GB) (Uninitialized File Area) -
                [ROOT]\Documents and Settings\All Users\Application Data\McAfee\VirusScan\Data\TFR55.tmp
Size (Bytes)    5465
MD5 Hash        2b76a6eaed25eaaa52643df955125a18
SHA1 Hash       595333d3bfa6937a262d08b6ae84a77fe74feb43

This image depicts a white female juvenile estimated to be between the ages of 10 and 12 at the time the image

D.A. Case# 17-05-002975
D.A. Investigator J. Robertson
Page 7 of 10

More names attached ☐

000072

WILLETTE_K_PROTECTED_000157

was taken. The child is seen fully nude in what appears to be a bathtub. Her breasts are exposed and her knees are spread exposing her vagina.

## NOTABLE INTERNET ACTIVITY

I located numerous internet and search records/artifacts of note. These included records of extensive activity involving pornographic websites with themes referencing teens and young females. A sampling of the websites is as follows:

http://nanateens.com
http://www.youngerbabes.com
http://racyteen.com
http://www.bravoteens.com
http://teenie-pics.com
http://xxxbunnyteen.xlogz.com
http://teensexbeauty.com
http://www.teeniesxxx.com
http://www.teentiger.com
http://www.hotyounggirls.com

I also located potential internet activity for the following websites of note which also referenced the term "lolita" one additionally references the term "kinder" which is often used when referencing child pornography as it is a German word for children:

http://groups.google.tw/group/kinder-lolita-lwf/feed/atom_v1_0_msgs.xml
http://groups.google.gg/group/lolita-jpg-gvq/feed/atom_v1_0_msgs.xml

I later prepared a forensic report which was burned to DVD and booked as evidence (Item DA62-02). Please refer to the report for a full accounting of identified evidence.

**K1379-06 (EV-10) 1 of 2 laptop computers:** One gray Dell Inspiron N5040 laptop computer bearing service tag number 6R1KKR1. The computer contained a Seagate Momentus 5400.6 500GB hard drive bearing serial number S2WAPH0C. To begin my examination, I removed the hard drive from the computer and utilizing a hardware write blocker in conjunction with the X-Ways forensic tool, made a forensic copy of the device's contents.

I used the X-Ways software to then analyze the data on the device. During my analysis, I noted that the seized computer had a Windows 7 operating system and an owner name of "terry". Besides the standard user accounts (profiles) that are created upon the operating system installation, I noted an additional user profile of "terry". I noted the user profile had full file structure. In further analyzing the data I located no items of evidentiary value.

**K1379-06 (EV-10) 2 of 2 laptop computers:** One silver Macbook Pro laptop model A1398 bearing serial number C02LN5ZSFD57 with a clear case and camera decal. Utilizing the Paladin 7 forensic tool I made a forensic copy of the device's contents. Upon attempting to analyze the data using the Blacklight Mac forensic software I determined the device's main partition was encrypted using File Vault 2. For this reason I was unable

D.A. Case# 17-05-002975
D.A. Investigator J. Robertson
Page 8 of 10

More names attached ☐

000073

WILLETTE_K_PROTECTED_000158

to conduct any further examination of the data.

**K1379-07 (EV-11) 1 of 4 items:** One black HP Pavilion dv7 laptop computer bearing serial number CND9202G7D. The computer contained a Seagate Momentus 5400.6 500GB hard drive bearing serial number 5VE1VJLH. To begin my examination, I removed the hard drive from the computer and utilizing a hardware write blocker in conjunction with the X-Ways forensic tool, made a forensic copy of the device's contents. I further used the X-Ways tool to analyze the data.

During my analysis, I noted that the seized computer had a Windows 7 operating system and was assigned an owner name of "keith". Besides the standard user accounts (profiles) that are created upon the operating system installation, I noted an additional user profile of "keith" which appeared to have full file structure. I subsequently identified no items of evidentiary value.

**K1379-07 (EV-11) 2 of 4 items:** One gold colored CD-R disk labeled "Video 2" in a purple semi-transparent case. The disk was determined to contain no items of evidentiary value.

**K1379-07 (EV-11) 3 of 4 items:** One white and silver Apple iPad model A1454 bearing serial number F9FNK83NF19F. The device was cellular capable and contained an AT&T SIM card. Utilizing the UFED Physical Analyzer forensic software I attempted to obtain a copy of the data contained in the device however, it was locked and a bypass for the device was not supported. I was however able to identify a device name of "Keith Willette's iPad".

**K1379-07 (EV-11) 4 of 4 items:** One gray Compaq (HP) Presario model V6000 laptop bearing serial number CNF7011BXH. The laptop contained a Seagate Momentus 5400.3 80GB hard drive bearing serial number 5LY14L87. To begin my examination, I removed the hard drive from the computer and utilizing a hardware write blocker in conjunction with the X-Ways forensic tool, made a forensic copy of the device's contents. I then used the same software to analyze the data.

During my analysis, I noted that the seized computer had a Windows 7 operating system. Besides the standard user accounts (profiles) that are created upon the operating system installation, I noted an additional user profile of "Rayme". I noted the user profile had full file structure. In further analyzing the data I located no items of evidentiary value.

On August 9, 2017 I checked out two additional items of evidence related to this investigation from the EL Dorado County Sheriff's Office Property Section. Forensic analysis of the items was subsequently conducted again pursuant to Search Warrant P17SW00125.

**K1379-12 (EV-17) 1 of 2 items:** One black Amazon Kindle Fire model PR53DC. Utilizing the UFED Touch 2 forensic tool in conjunction with the UFED Physical Analyzer forensic software I obtained a file system extraction of the device's contents. I subsequently identified a device name of "Keith's Fire". Upon analyzing the data I identified no items of evidentiary value.

**K1379-12 (EV-17) 2 of 2 items:** One silver Apple iPhone model A1633 (6S) in gray case. Utilizing the UFED Physical Analyzer forensic tool I obtained an advanced logical extraction of the device's contents however, I

D.A. Case# 17-05-002975
D.A. Investigator J. Robertson
Page 9 of 10

More names attached ☐

000074

WILLETTE_K_PROTECTED_000159

determined the extraction was encrypted.  I then manually searched the device's contents however, no evidence was identified.

On August 24, 2017 I completed a Search Warrant Return for the analyses which I filed at the Main Street Courthouse.  I also completed a Notification form which I mailed to the residence of Keith Willette at ▇▇▇ ▇▇▇▇▇▇ Cameron Park, CA 95682 along with a copy of the Search Warrant and Search Warrant Return.

The forensic reports were booked as evidence under items DA62-01 and DA62-02 respectively.  Photographs of the analyzed items were also archived.  The devices were later returned to EDSO Property as evidence.  Upon completion of the searches the forensic extractions were subsequently sealed and electronically stored at the EDSO West Slope Investigations Office.

Please refer to the forensic reports for further information.

Nothing further.

D.A. Case# 17-05-002975
D.A. Investigator J. Robertson
Page 10 of 10

000075

More names attached ☐

WILLETTE_K_PROTECTED_000160