

**U.S. DEPARTMENT OF JUSTICE**

*United States Attorney*
*Eastern District of California*

*Phillip A. Talbert*
*United States Attorney*

| | |
|---|---|
| 501 I Street, Suite 10-100 | Phone 916/554-2700 |
| Sacramento, CA 95814 | Fax    916/554-2900 |
| | TTD   916/554-2855 |

May 12, 2022

VIA ELECTRONIC MAIL

Christina Sinha
Megan Hopkins
Office of the Federal Public Defenders
801 I Street, 3rd Floor
Sacramento, CA 95814
Christina_Sinha@fd.org
Megan_Hopkins@fd.org

     Re:   *United States v. Keith Willette*, 2:19-CR-00044-JAM

Dear Counsel:

     In response to your inquiry regarding the allegation of attempted production of child pornography in the Indictment, we are writing to identify a non-exhaustive list of Bates ranges that discuss descriptions of the child pornography Mr. Willette created of Juvenile Victim 1. We anticipate testimony from Juvenile Victim 1 at trial, in addition to others, about the visual depictions.

     Please review the following discovery materials:

     (1) WILLETTE_K_PROTECTED_9417 to 9422
     (2) WILLETTE_K_PROTECTED_9601 to 9606
     (3) WILLETTE_K_PROTECTED_9610 to 9618
     (4) WILLETTE_K_PROTECTED_9027 to 9031
     (5) WILLETTE_K_PROTECTED_9119 to 9127
     (6) WILLETTE_K_PROTECTED_9562 to 9568

     The government intends to file motions in limine under Federal Rules of Evidence 414 and 404(b) to introduce other evidence of the defendant's intent to create visual depictions of Juvenile Victim 1 that meet the statutory definition set forth in 18 U.S.C. § 2256(2) (1996).

     In response to your question about proving the jurisdictional requirement for the alleged crime, please review the following, non-exhaustive list of discovery materials:

(1) WILLETTE_3 to 13
(2) WILLETTE_339 to 392
(3) WILLETTE_K_PROTECTED_284 to 287

The United States also anticipates witness testimony at trial from a representative of a camera manufacturer.

Please reach out to us if you have questions.

        Sincerely,

        PHILLIP A. TALBERT
        United States Attorney

By: /s/ *Rosanne Rust*
        ROSANNE L. RUST
        CHRISTINA McCALL
        Assistant United States Attorneys

        ALICIA BOVE
        Trial Attorney, Department of Justice