**EXHIBIT 1**

# DARREL B. TURNER, PhD – CASE LIST
748 Bayou Pines East, Suite D – Lake Charles, LA 70601
337.842.6339  FAX  337.419.0490

## FEDERAL CASES

| | | |
|---|---|---|
| US v Damarcus Fitzhugh | Eastern District of Michigan | Defense – Evaluation/Consult |
| US v Syed Hussain | Eastern District of Michigan | Defense – Evaluation/Consult |
| US v Zachary Talamonti | Southern District of Indiana | Defense – Evaluation/Consult |
| US v Numann | District of Alaska | Evaluation/Consultation/Testimony |
| US v Hamrick | District of Nevada | Evaluation/Consultation |
| US v Wendell Eaves | Middle and Western Districts of Louisiana | Defense – Evaluation/Consult |
| US v Harold Anderson | Middle and Western Districts of Louisiana | Defense – Evaluation/Consult |
| US v Disney | Eastern District of Pennsylvania | Evaluation/Consultation/Testimony |
| US v Christopher Harling | District of Montana | Evaluation/Consultation |
| US v Dane Gillis | Middle District of Florida | Evaluation/Consultation/Testimony |
| US v Antonio Fontana | Eastern District of Michigan – Southern Division | Evaluation/Consultation |
| US v Brian Graco | Eastern District of Louisiana | Evaluation/Consultation/Testimony |
| US v Phillip Bradley Sanderson | District of Nevada | Evaluation/Consultation/Testimony |
| US v Moseley | Western District of Oklahoma | Evaluation/Consultation |
| US v Sam Elliott | District of New Mexico | Evaluation/Consultation/Testimony |
| US v Jose Zanabria | Western District of Oklahoma | Evaluation/Consultation/Testimony |
| US v McGrath | Southern District of Texas | Evaluation/Consultation/Testimony |

| US v Telles | Northern District of California | Testimony |
|---|---|---|
| | | |
| US v Kyle Soto | District of South Dakota | Current |
| | | |
| US v William Jon Patric Ebert | Western District of North Carolina | Blind Testimony on Grooming/Qualified Expert on Grooming and Victim Behavior |
| | | |
| Srok v Coppola Wine Co | Santa Rosa, California | Testimony/Record Review on Behalf of Srok (Plaintiff) |
| | | |
| State v Jerrell Bundy | New Mexico Attorney General | Testimony/Record Review |
| | | |
| State v Morris Wright | Superior Court of California | Record Review |
| | | |

## SCFO CIVIL CASES

| Richards | Montgomery | Depo/Trial |
|---|---|---|

## TEXAS - SPU CASES - CIVIL

| Hatcher, George | Montgomery | Depo/Trial |
|---|---|---|
| San Miguel, Samuel | Montgomery | Depo/Trial |
| Massingill, Winfred | Montgomery | Depo/Trial |
| Hatcher, George | Montgomery | Depo/Trial |
| Clemmons, Dennis | Montgomery | Depo/Trial |
| Black, Stephen | Guadalupe | Depo/Trial |
| Harris, Bobby | Harris | Depo/Trial |
| Sternadel, Thomas | Harris | Depo/Trial |
| Gray, David | Travis | Depo/Trial |
| Bluitt, Maurice Jr | Tarrant | Depo/Trial |
| Salomon, Leonel | Nueces | Depo/Trial |
| Williams, Jeffrey | Tarrant | Depo/Trial |
| Drakes, David | McLennan | Depo/Trial |
| Stephens, George | Orange | Depo/Trial |
| Hull, Donald | Jefferson | Depo/Trial |
| Ramshur, John | Tyler | Depo/Trial |

| | | |
|---|---|---|
| Carden, Kenneth | Tarrant | Depo/Trial |
| Trevino, Richard | Webb | Depo/Trial |
| Falcon, Philip Jr | Newton | Depo/Trial |
| Rhinehart, Charles | Galveston | Depo/Trial |
| Cain, Leon | Tarrant | Depo/Trial |
| Sanchez, Justin | Tarrant | Depo/Trial |
| Stonecipher, Timothy | Harris | Depo/Trial |
| Limon, Raymond | Nueces | Depo/Trial |
| Vela, Juan | Nueces | Depo/Trial |
| Garcia, Rolando | Travis | Depo/Trial |
| Joiner, Gregory | Grayson | Depo/Trial |
| Riggs, Ronald | Gregg | Depo/Trial |
| Metcalf, Daniel | Bowie | Depo/Trial |
| Ovalle, Jose | Nueces | Depo/Trial |
| Shelton, Justin | Denton | Depo/Trial |
| Guzman, Daniel | Galveston | Depo/Trial |
| Throm, Robert | Jefferson | Depo/Trial |
| Woods, Joe | Tarrant | Depo/Trial |
| Barnes, Kenneth | Grayson | Depo/Trial |
| Farley, Gerald | Denton | Depo/Trial |
| Scott, David | Bell | Depo/Trial |
| Summers, Michael | Galveston | Depo/Trial |
| Wiley, Richard Sr. | Wharton | Depo/Trial |
| Eddings, Jeffrey | Tarrant | Depo |
| Pansky, Andrew | Harris | Depo/Trial |
| Salderna, Martin | San Patricio | Depo/Trial |
| Claxton, Michael | Ellis | Depo/Trial |
| Coles, Willie | Tarrant | Depo/Trial |
| West, Cedric | Dallas | Depo/Trial |
| Vela, Genaro | Hidalgo | Depo/Trial |
| Parfait, Hal Vernon | Brazos | Depo/Trial |
| Nolan, Gary | Bexar | Depo/Trial |
| Delarosa, Juan Carlos | Fayette | Depo/Trial |
| Mayo, Vance Allen | Ellis | Depo/Trial |
| Danas, March | Harris | Depo/Trial |
| Bohannan, Michael | Montgomery | Depo/Trial |
| Pena, Andrew | Hale | Depo/Trial |
| Brice, Gene | Dallas | Depo |
| Hill, William | Harris | Depo/Trial |
| Jackson, Derrick | Tarrant | Depo/Trial |
| Revels, Kendrick | Dallas | Depo/Trial |

| Encalade, Lonnie | Harris | Depo/Trial |
|---|---|---|
| Hale, Stephen | Harris | Depo/Trial |
| Auvil, George | Shelby | Depo/Trial |
| Gutierrez, Louis | Harris | Depo |
| Torres, Pedro | Tarrant | Depo |
| Nickerson, Charles | Bell | Depo |
| Atchison, Thomas | Harris | Depo/Trial |
| Encalade, Lonnie | Harris | Depo/Trial |