**EXHIBIT 2**

# 2022 CURRICULUM VITAE

Darrel B. Turner, PhD

## PERSONAL:

Telephone:
Fax:
E-mail:
Mailing address:  P.O. Box 3245
                  Lake Charles, LA 70602
Primary Office:   748 Bayou Pines East, Suite D
                  Lake Charles, LA 70601
Website:          www.turnerforensicpsychology.com

## EDUCATION:

McNeese State University, Lake Charles, LA
  B.S. in Psychology, May 2002
  M.A. in Counseling Psychology, May 2006

Sam Houston State University, Huntsville, TX
  Ph.D. in Clinical Psychology, September 2011

Louisiana Licensed Clinical Psychologist – License #1219

Texas Licensed Clinical Psychologist – License #36453

## PROFESSIONAL EXPERIENCE:

### Clinical:

Private Clinical Practice and Forensic Practice (Competency and Sanity for Adults and Juveniles, Risk Assessment of Sex Offenders both Adult and Juvenile, Child Custody Evaluations, Fitness for Duty Evaluations, General Diagnostic Evaluations, etc.). Testimony as an expert witness in clinical psychology and forensic psychology in district, state, and federal court for prosecution and defense on the above matters.

Psychological Consultant to Oceans Behavioral Health Inpatient Psychiatric Center in Lake Charles, LA, November, 2021 to Present

Member of Advisory Council for Shannon Cox Family and Youth Community Counseling Center, January 2020, to present

Invited Peer Reviewer for Publications in the Journal of Child Abuse and Neglect

Federally Contracted Sex Offender Risk Assessment and Treatment Provider for Federal Inmates on Probation or Parole – Western District of Louisiana, Lake Charles Division. 2021-present

Member of the Louisiana Registry of Sex Offender Treatment Providers (2013 to present).

Substance Abuse Program (SAP) certified evaluator (2016 to present).

Appointed to U.S. Department of Justice National Strategy SME Child Exploitation & Human Trafficking Council to U.S. Congress as an Expert in Offender Psychology (1 of 15 Worldwide), March 2020.

Expert and Consulting Expert in Criminal and Civil Litigation Regarding Impact of Sexual Abuse (to include production of child pornography) on Victims (both as Children and Adults). Cases have included individual (offender) liability as well Institutional Liability (State Institutions, Mental Health Care Inpatient Facilities, Foster Care Networks, etc.).

Invited to Speak Nationally and Internationally on Various Topics Related to Forensic Psychology at a Variety of Mental Health, Legal, and Law Enforcement Trainings and Conferences

Designated as an Expert Witness in Clinical Psychology with a Specialty in Forensic Psychology and Sex Offending in United States Federal Court, Multiple Districts, Multiple State Jurisdictions, and Multiple Local Courts.

Consultant to the FBI, NCIS, Department of Homeland Security, and Various State, Local, and Federal Attorneys and Law Enforcement Agencies re: Risk Assessment of Sexual Offenders and Behaviors of both Offenders and Victims of Childhood Sexual Assault

Consultant to Various Media Sources related to True Crime Coverage for Newspapers, Television, and Documentary Films

(August 2011 to February 2013) Staff Psychologist at Federal Correctional Complex, Pollock, LA.

(August 2010 to August 2011) Pre-doctoral Internship with the United States Federal Bureau of Prisons at the Federal Correctional Institution in Fort Worth, Texas. Rotations include Forensic Psychology, General Psychology and Correctional Psychology.

(August 2009 to May 2010) Practicum placement at Ben Taub General Hospital Neuropsychiatric Clinic at the Houston Medical Center in Houston, Texas.

(June 2008 to August 2008) Practicum placement at Harris County Juvenile Detention Center in Houston, TX, through MHMRA.

(November 2007 to December 2009) Conducted forensic evaluations and trial consultation for adults and juveniles under the supervision of Dr. Mary Alice Conroy across several counties in Texas. Evaluations included: Competency to Stand Trial, Sanity at the Time of the Offense, and Competency for Execution.

(August 2008 to August 2009) One of two doctoral students assigned to a new 20hr/week Assessment Practicum placement at the Psychological Services Center in Huntsville, TX. Duties include adult and child psychological assessments for a variety of learning, personality, and forensic issues.

(August 2007 to May 2008) Practicum placement at MCDCSC in Willis, Texas.

(Summer 2005 to Summer 2006) Head Counselor and Assistant to Coordinator at the Kay Dore Counseling Clinic. Children as Primary Client Population.

PUBLICATIONS:

ODAG (2021) (Office of Deputy Attorney General) Invited Collaborator and Expert Consultant on National Strategy on Child Exploitation: Offender Psychology; Section Prepared by United States Military Service Behavioral Analysis Unit (BAU) and the FBI BAU from the National Coordinator for Child Exploitation & Human Trafficking, the U.S. Department of Justice.

*McCallum, K., E., Boccaccini, M. T., Varela, J. G., & Turner, D. B (2021). Psychopathy profiles and Personality Assessment inventory Scores in a sex offender risk assessment field setting. *Assessment*. https://doi.org/10.1177/10731911211015312

*Trupp, G., Preszler, J., Boccaccini, M. T., Marcus, D. M., Varela, J. G., & Turner, D. B. (2021). Generalizability of psychopathy network findings to scores assigned to individuals convicted of a sex offense. *Criminal Justice and Behavior, 48*(5), 671-689. doi: 10.1177/0093854821989375

Turner, D. B., Blanch, J., Sparks, C., & Hanks, M. (2015). The Sentencing Battleground: Understanding the current psychology research and refuting defense psychology and risk assessment reports at sentencing. United States Attorneys' Bulletin. U.S. Department of Justice, July, 2015.

Turner, D. B., Boccaccini, M. T., Murrie, D. C., & Harris, P. B. (2015). Jurors report that risk scores matter in SVP trials, but that other factors matter more. *Behavioral Sciences and the Law*. doi: 10.1002/bsl.2154

Boccaccini, M. T., Murrie, D. C., & Turner, D. B. (2014). Jurors' views on the value and objectivity of mental health expert witnesses. *Behavioral Sciences and the Law, 32*, 483- 495. doi: 10.1002/bsl.2129

Knighton, J. C., Murrie, D. C., Boccaccini, M. T., & *Turner, D. B. (2014). How likely is "likely to reoffend" in sex offender civil commitment trials? *Law and Human Behavior, 38*, 294- 304. doi: 10.1037/lhb0000079

Boccaccini, M.T., Turner, D. B., Murrie, D.C., Henderson, C.E., & Chevalier, C., (2013). Do scores from risk measures matter to jurors? *Psychology, Public Policy, and Law, 19*, 259-269. doi: 10.1037/a0031354

Boccaccini, M.T., Turner, D., Murrie, D. C., & Rufino, K. A. (2012). Do PCL-R scores from state or defense experts best predict future misconduct among civilly committed sex offenders? *Law and Human Behavior, 36*, 159-169. doi: 10.1037/h0093949

Clark, J., Boccaccini, M.T., & Turner, D. (2010). Attitudes toward coerced confessions: Psychometric properties of new and existing measures. Southwest Journal of Criminal Justice, 6, 185-203.

Murrie, D.C., Boccaccini, M.T., & Turner, D.T. (2010). Ethical challenges in sex-offender civil commitment evaluations: Applying imperfect science in adversarial settings. In A. Schlank (Ed.). *The Sexual Predator (Vol 4).* Kingston, NJ: Civic Research Institute.

Turner, D. (2011). *Juror perceptions of the influence of expert witness testimony in Texas sexually violent predator civil commitment hearings.* Ph.D. Dissertation, Sam Houston State University, Huntsville, Texas.

Murrie, D.C., Boccaccini, M.T., Turner, D., Meeks, M., Woods, C. & Tussey, C. (2009). Rater (dis)agreement on risk assessment measures in sexually violent predator proceedings: Evidence of adversarial allegiance in forensic evaluation? Psychology, Public Policy, and Law, 15, 19-53.

Boccaccini, M.T., Turner., & Murrie, D.C. (2008). Do some evaluators report consistently higher or lower scores on the PCL-R?: Findings from a statewide sample of sexually violent predator evaluations. *Psychology, Public Policy, and Law, 14*, 262-283. Turner, D. B., & Marceaux, J. C. (2005, July). Cell assignment among violent and non-violent offenders and its effect on recidivism. American Journal of Psychological Research, http://www.mcneese.edu/colleges/ed/deptpsy/ajpr/ajpr12.pdf

State of Louisiana Department of Social Services Office of Family Support. (2005). *Best Practices of the access and visitation program for the 14th judicial District family and juvenile court.* Baton Rouge, LA: Disney, J.M., & Turner, D.B.


INVITED PROFESSIONAL PRESENTATIONS/CONSULTATIONS:

Keynote Speaker at the British Psychological Society's Student Member Group – "Beyond The Lecture" Theatre, September 30, 2021 – Webinar

Presented for the Texas Psychological Association with Dr. Paul Hamilton on Conducting Behavioral Abnormality Evaluations at the Multidisciplinary Team Level for Purposes of the Civil Commitment Process of Sexually Violent Predators in the State of Texas, November, 2021.

One of three Clinical Psychologists Invited to Present in a Live "Ask the Expert" Session at the 2021 Dallas Crimes Against Children Conference.  "Ask the Expert: Grooming, Featuring Expert Dr. Darrel B. Turner," August, 2021

Keynote Speaker at the Southwestern Indiana Child Advocacy Center Coalition, Crisis Connection Conference, September, 2019

Keynote Speaker and Presenter at the 2019 Utah Children's Justice Symposium, Salt Lake City, Utah, May 14, 2019 – "Grooming Behaviors of Child Molesters and Impact on Behavior and Disclosure of Victims."

Invited Presenter at the annual TAASA Conference on "Online Solicitation of Minors for Sexual Purposes," South Padre Island, Texas, April 30, 2018.

Invited Workshop Presenter at the International Child Protection Congress in Coventry, England on "Grooming Behaviors of Child Molesters and the Impact on Behavior of Child Victims." March 9, 2018.

Keynote Speaker and Presenter at the Connections Count Conference in Lake Charles, LA, on February 21, 2018

Invited Presenter at the 9th annual Champions of Children Conference in Chicago, IL

Invited Guest Speaker at the 3rd annual Louisiana Defense Attorney's Conference in Natchitoches, LA

Invited Guest Speaker at the Quarterly Region D Texas TAASA Conference and Webinar, The Woodlands, TX, on July 25, 2016

Invited Presenter at the National Association Against Sexual Abuse Annual Conference in Corpus Christi, TX, on March 8, 2016

Invited Instructor at the San Antonio, TX, Police Department Sex Crimes Unit on Effective Interview Techniques of Suspects of Child Sexual Abusers with various Personality Constructs and Disorders, San Antonio, TX, in March, 2016

Invited Speaker at the Connections Count Conference in Lake Charles, LA on the areas Ethical Considerations in Child Custody Evaluations, February 12, 2016

Invited Instructor for Project Safe Childhood Webinar Series – Topic: "Risk Assessment of Child Pornography Offenders" at the United States Attorney's Office in Lafayette, LA, on December 16, 2015

Invited Presenter at the Lake Charles Area Family Law Organization Monthly Meeting On Best Practices in Child Custody Evaluations

Instructor Trainer in Interviewing and Interrogating of Child Molesters at the Advanced Child Abuse Investigation Instructor Training at the Texas Municipal Policeman's Association Training Facility in Austin, TX, December 9-11, 2015

Invited speaker at the International Child Protection Congress in Edinburgh, Scotland, 2015, Topic: "Grooming Behaviors of Child Molesters and the Effect on Behavior of Child Victims."

Invited Instructor at the Annual Project Safe Childhood Online Exploitation Seminar for the Office of Legal Education, U.S. Department of Justice in Columbia, South Carolina, August 3-7, 2015

Invited speaker at the Austin Center for Child Protective Services October, 2015 Meeting Of the Travis County Child Protection Team

Invited speaker at the 2013, 2015, 2016, 2019, 2021 Protect Our Children Conference in Omaha, Nebraska. Topic: "Understanding Counter-Intuitive Behaviors of Victims of Childhood Sexual Assault and Grooming Behaviors of Offenders."

Invited speaker to the Calcasieu Parish District Attorney's Office in May, 2015. Topic: "Grooming Behaviors of Child Molesters and the Effect on Behavior of Child Victims."

Invited Speaker to the Special Prosecution Unit in Huntsville, Texas in March, 2015. Topic: "Understanding the Statistics Behind Risk Assessment of Sexually Violent Predators."

Invited speaker at the 2012, 2014, 2015, 2016, 2017, 2018, 2019, 2020, 2021, 2022 International Crimes Against Children Conference in Dallas, TX. Topics: "Risk Assessment of Sexually Violent Predators", "Risk Assessment of Child Pornography Offenders," "Civil Commitment of Sexually Violent Predators in Texas," "Grooming Behaviors of Child Molesters and the Impact on Victims," "Denial Patterns and Deception of Detection among Sex Offenders," "Collaboration Between Attorneys and Mental Health Experts in the Communication of Expert Testimony in Court," "Paraphilias among Sex Offenders," and "Maintaining Mental Health in the Field of Sexual Offenses."

Invited speaker at quarterly meeting of Project Safe Childhood at the Assistant United States Attorneys' Office in Dallas Texas on several occasions.

Invited to present on numerous occasions to discuss research findings on expert testimony impact on jurors and field reliability of psychological tests used in risk assessments. Also discussed were implications findings may have on practice. Special Prosecution Unit/Civil Division in Huntsville, Texas

Invited to present research findings on expert testimony impact on jurors and field reliability of psychological tests used in risk assessments and to discuss implications on practice in Sexually Violent Predator Civil Commitment hearings with State Counsel for Offenders Office in Conroe, Texas.

Invited to present research findings on current status of outpatient civil commitment program in Texas, field reliability of psychological tests used in risk assessments in Sexually Violent Predator Civil Commitment hearings with Counsel on Sex Offender Treatment (governing body of Texas SVP Civil Commitment Program) in Austin, Texas. Also discussed were effectiveness of PCL-R, Static-99, MnSost-R, and PAI in predicting compliance of offenders with parameters of Texas Civil Commitment Program.

Invited to present research findings on field reliability of psychological tests used in risk assessments and an overview of functioning of Texas SVP Civil Commitment Program to Texas Department of Criminal Justice (TDCJ) in Huntsville, Texas.

Invited speaker at the 2010 annual Texas Criminal Defense Lawyers' Association Conference in Dallas, Texas. Topics included risk assessment of sexually violent predators and preliminary findings of my Dissertation, "Juror Perceptions of Expert Witness Testimony in Texas Sexually Violent Predator Civil Commitment Hearings."

Member of a focus group consisting of federal and local law enforcement, prosecutors, mental health professionals, and community service providers on Investigation Human Trafficking.

Consultant to Lake Charles, Louisiana Police Department Cold Case Homicide Unit.

Undercover Operative in Sting Operation of Illegal Sex Activity and Illegal Drug Activity in Lake Charles, Louisiana

MANUSCRIPTS UNDER REVIEW:

Turner, D.T., Harris, P., Strauss, J., Zachary, S., Robinson, L.(2021) Introducing the APOD: Analysis of Patterns of Denial among Sex Offenders, In Press

RESEARCH EXPERIENCE:

(November 2015 to Present) Invited to Collaborate with the FBI's Behavioral Analysis Unit on Risk Factors of Child Pornography Offenders to Reoffend as Compared To Risk Factors of Contact Offenders.

(November 2008 to August 2010) Assistant Researcher examining recidivism rates of the entire population of capital murderers in the Texas Department of Criminal Justice from 1994 to present. The study also examines the recidivism rates of those offenders convicted of Solicitation (or "Murder-for-Hire") crimes. Results examine rates of recidivism, types of reoffenses, and demographic characteristics of the population: Sam Houston State University.
Supervisor: Mary Alice Conroy, Ph.D.

(Spring 2007) Research Assistant, 10 hours per week, Witness Preparation Testimony Study, Department of Psychology, Sam Houston State University.
Supervisor: Marc Boccaccini, Ph.D.

(Fall 2006 to February 2015) Establishing and leading a research program in conjunction With Texas State Sexually Violent Predator Civil Commitment Court examining Details of expert witness testimony and effects of expert witness testimony on jurors in Texas Sexually Violent Predator Civil Commitment Hearings. Sam Houston State University. Supervisor: Marc Boccaccini, Ph.D.

(Summer 2005 to Spring 2006) Psychology Department, McNeese State University. Completed a thesis examining the relationship between early "big wins" and pathological gambling behaviors among social and problematic gamblers. Department of Psychology, McNeese State University. Supervisor: Cameron L. Melville, Ph.D.

(Summer 2005 to Spring 2006) Independent research examining the effect of incarceration on the mentally ill as well as arresting officer judgment concerning mental health of inmates and its correlation to inmate performance on several tests measuring mental health. Department of Psychology, McNeese State University. Supervisor: Lawrence S. Dilks, Ph.D.

(Summer 2005 to Spring 2006) Independent research examining the relationship between inmate performance on the Millon Clinical Multiaxal Inventory and severity of Criminal Behavior. Department of Psychology, McNeese State University. Supervisor: Lawrence S. Dilks, Ph.D.

(Fall 2004 to Spring 2005) Hired under Janelle M. Disney, Ph.D. to assist in the writing of the Best Practices Manual of the Access and Visitation Program for the Louisiana State Department.

(Spring 2004 to Summer 2005) Lead researcher studying inmates at Calcasieu Correctional Center and the effect of cell assignment on recidivism among violent and non-violent inmates. Department of Psychology, McNeese State University. Supervisor: Diana Odom Gunn, Ph.D.

PRESENTATIONS AT PROFESSIONAL MEETINGS:

Concannon, A. B., Ruchensky, J. R., Varela, J. G., Holdren, S. M., Kurus, S. J., Harris, P. B., & Turner, D. B. (2022, March). *Estimating scores for the alternative model for personality disorders in sexually violent predator evaluations: Associations with the Psychopathy-Checklist—Revised*. Paper presented as part of the symposium "*Using the Personality Assessment Inventory to Assess the Alternative Model for Personality Disorders*" at the 2022 Annual Conference of the Society for Personality Assessment, Chicago, IL.

Kurus, S., K., Holdren, S., Rubenstein, L., Varela, J. G., Boccaccini, M. T., Harris, P. B., Turner, D. T., & Hamilton, P. M. (2020, March). *Evaluator differences in PCL-R scoring and risk level determination in sexually violent predator civil commitment evaluations.* Poster presented at the annual convention of the American Psychology-Law Society, New Orleans, LA.

Trupp, G.F., Preszler, J., Boccaccini, M.T., Marcus, D.J., Varela, J.G., & Turner, D.B. (2019, March). *Network Analysis of Psychopathy as Defined by the PCL-R Within the Field.* Poster presented to the Annual Meeting of the American Psychology-Law Society, Portland, OR.

Turner, D., Chevalier, C., Boccaccini, M. T., & Murrie, D. C. (2012, March). Do SVP jurors believe that offenders with higher risk measure scores are more likely to reoffend? Poster presentation at the meeting of the American Psychology-Law Society, San Juan, PR.

Boccaccini, M.T., Rufino, K., Turner, D., & Murrie, D.C. (2011, March). Do some evaluators assign consistently higher PCL-R facet scores than others?: Yes and No. In D.C. Murrie (Chair), Field reliability and field validity of forensic Psychology-Law Society, Miami, FL.

Boccaccini, M.T., Turner, D., & Murrie, D.C. (2009, March). Do some evaluators report consistently higher or lower PCL-R scores than others? Paper presented at the meeting of the American Psychology-Law Society, San Antonio, Texas.

Turner, D.B., Wevodau, A., Boccaccini, M.T., & Murrie, D.C. (2011, March). SVP jurors' beliefs about the recidivism rate that indicates an offender is "likely" to reoffend. Poster presented at the meeting of the American Psychology-Law Society, Miami, FL.

Turner, D., Boccaccini, M.T., & Murrie, D. C. (2010, March). Are PCL-R scores from state or defense experts more predictive of future offending? In I. Packer (Chair), Issues in Psychopathy Assessment. Symposium presented at the meeting of the American Psychology-Law Society, Vancouver, Canada.

Turner, D., Boccaccini, M.T., Meeks, M., & Murrie, D.C. (2009, March). Real SVP jurors' beliefs about what influences their decisions. In D. Krauss (Chair), Expert witness testimony in sexually violent predator trials. Symposium presented at the meeting of the American Psychology-Law Society, San Antonio, Texas.

Meeks, M., Boccaccini, M.T., & Turner, D. (2009, March). Evidence or experts?: SVP jurors beliefs about influences in their trial decisions. In D. Krauss (Chair), Expert witness testimony in sexually violent predator trials. Symposium presented at the meeting of the American Psychology-Law Society, San Antonio, Texas.

Murrie, D.C., Boccaccini, M.T., & Turner, C. (2009, March). How research on SVP juries should-and should not-inform expert testimony in SVP trials. In D. Krauss (Chair), Expert witness testimony in sexually violent predator trials. Symposium presented at the meeting of the American Psychology-Law Society, San Antonio, Texas.

Meeks, M., Turner, D., Woods, C., Boccaccini, M.T., & Murrie, D.C. (2009, March). Which diagnoses do experts identify as "behavioral abnormalities" for SVP offenders? Poster presented at the meeting of the American Psychology-Law Society, San Antonio, Texas.

Clark, J., Boccaccini, M.T., & Turner, D. (2008, March). Attitudes toward confessions: Psychometric properties of new and existing measures. Poster presented at the meeting of the American Psychology Association, Jacksonville, FL.

Turner, D., Boccaccini, M.T., & Murrie, D.C. (2008, March). Jurors' perceptions of expert witness testimony in SVP hearings. Poster presented at the meeting of the American Psychology-Law Society, Jacksonville, Florida.

Murrie, D.C., Boccaccini, M.T., Turner, D., & Meeks, M. (2008, March). Interrater (dis)agreement on actuarial risk measure scores completed by opposing evaluators in sexually violent predator trials. Paper presented at the meeting of the American Psychology Association, Jacksonville, FL.

Whiteman, J.L., & Turner, D.B. (Spring 2006). Life Actualization Therapy. Presentation at Fall 2005 (postponed to Spring 2006) Louisiana Counselors Association Conference, Baton Rouge, LA.

Symposium: Whiteman, J.L., Dilks, L.S., Marceaux, J.C., Turner, D.B., White, R., Mayeaux, B.D. (Spring 2006). Hurricane Rita: Personality Variables and Coping Mechanisms. Southwestern Psychological Association annual conference, Austin, TX.

Turner, D.B., Dilks, L.S., Boyd, S.L., Marceaux, J.C. (Spring 2006). The Relationship between Inmate Performance on the Millon Clinical Multiaxal Inventory and Severity of Criminal Behavior. Paper presentation at the Southwestern Psychological Association annual conference, Austin, TX.

Marceaux. J.C., Melville, C.L., Turner, D.B. (Spring 2006). Early Wins and Losses in Pathological Gambling. Paper presentation at the Southwestern Psychological Association annual conference, Austin, TX.

Boyd, S.L., Dilks, L.S., Marceaux, J.C., & Turner, D.B. (Spring 2006). Psychological and Behavioral Attributes of the Incarcerated Individual. Paper presentation at the Southwestern Psychological Association annual conference, Austin, TX.

TEACHING EXPERIENCE:

(Fall 2011 to Summer 2019) Online Faculty Member through the University of Phoenix (Summer 2013 to Summer 2015)

Online Faculty Member through Argosy University (Fall 2012 to Fall 2014)

Adjunct Professor at McNeese State University

(Spring 2006) Teaching Graduate Assistant: Introduction to Psychology 101, McNeese State University

(Fall 2005) Teaching Graduate Assistant: Introduction to Psychology 101 and a web-based course I designed in Educational Psychology 211, McNeese State University

(Spring 2005) Teaching Graduate Assistant: Introduction to Psychology 101 and Educational Psychology 211, McNeese State University

(Fall 2004) Teaching Graduate Assistant: Introduction to Psychology 101 and a Satellite Video course in Introduction to Psychology 101, McNeese State University

PROFESSIONAL ASSOCIATIONS:

- American Psychological Association
- American Psychology Law Society
- Southwestern Psychological Association
- Psi Chi, the National Honors Society in Psychology
- Member of Louisiana Registry of Sex Offender Treatment Providers
- Texas Psychological Association
- Louisiana Psychological Association

HONORS:

- 2011 Honor Graduate at Federal Law Enforcement Training Center, Glynco, Georgia
- 2009 Outstanding Research by a Doctoral Student in Psychology Department at Sam Houston State University
- 2008 James P. Weber Outstanding Second Year Psychology Graduate Student Scholarship
- McNeese State University Foundation 2005-2006 Dore Graduate School Fellowship (one of two recipients)
- The Dore Fellowship for Graduate Assistants, Spring 2005
- The Dore Fellowship for Graduate Assistants, Fall 2004