```
PHILLIP A. TALBERT
United States Attorney
ROSANNE L. RUST
CHRISTINA McCALL
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

ALICIA A. BOVE
Department of Justice, Trial Attorney
United States Department of Justice, Criminal Division
Child Exploitation & Obscenity Section
1301 New York Avenue, N.W.
Washington, D.C.  20005


Attorneys for Plaintiff
United States of America
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-44 JAM |
|---|---|
| Plaintiff, | STIPULATION TO RESET BRIEFING DEADLINE AND CORRESPONDING HEARING DATE; AND ORDER |
| v. | |
| KEITH WILLETTE, | |
| Defendant. | |

**STIPULATION**

1. By previous order, this Court set a motions deadline of August 23, 2022, with opposition briefs due on September 6, 2022, and a hearing date on September 20, 2022.  ECF No. 59.

2. The parties filed their motions on August 23, 2022.  ECF Nos. 61-81.

3. By this stipulation, defendant KEITH WILLETTE, through his counsel of record, and the United States, through its counsel of record, request that the Court vacate the previously set opposition briefing deadline of September 6, 2022, and hearing date on September 20, 2022, and reset the

opposition briefing deadline to September 20, 2022, and the corresponding hearing date on motions to September 27, 2022, at 9:30 a.m. No reply briefs will be filed.

    4. All other previously set deadlines and trial date are to remain in effect.

Dated: August 30, 2022

PHILLIP A. TALBERT
United States Attorney

By: /s/ ROSANNE L. RUST
ROSANNE L. RUST
Assistant United States Attorney

Dated: August 30, 2022

/s/ CHRISTINA SINHA
CHRISTINA SINHA
Assistant Federal Defender for
Defendant Keith Willette

### FINDINGS AND ORDER

The Court adopts the proposed, revised pretrial motion opposition briefing schedule and corresponding hearing date.

IT IS SO FOUND AND ORDERED this 30th day of August, 2022.

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE