PHILLIP A. TALBERT
United States Attorney
ROSANNE L. RUST
CHRISTINA McCALL
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

ALICIA A. BOVE
Department of Justice, Trial Attorney
Child Exploitation & Obscenity Section
1301 New York Avenue, N.W.
Washington, D.C. 20005

Attorneys for Plaintiff
United States of America

**FILED**

Sep 14, 2022

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>KEITH WILLETTE,<br><br>　　　　　　　Defendant. | CASE NO. 2:19-CR-0044 JAM<br><br>18 U.S.C. § 2252(a)(4)(B) - Possession of Material Involving the Sexual Exploitation of Minors (2 counts) |

S U P E R S E D I N G  I N F O R M A T I O N

COUNT ONE: [18 U.S.C. § 2252(a)(4)(B) – Possession of Material Involving the Sexual Exploitation of Minors]

　　The United States Attorney charges: T H A T

KEITH WILLETTE,

defendant herein, on or about April 19, 2004, in the County of El Dorado, State and Eastern District of California, did knowingly possess one or more matters, to wit: photographs of Juvenile Victim 1, which contain visual depictions that were produced using materials which were mailed and shipped and transported in interstate and foreign commerce, by any means including by computer, and the production

of such visual depictions involved the use of a minor engaging in sexually explicit conduct and such visual depiction was of such conduct, in violation of Title 18, United States Code, Section 2252(a)(4)(B) (2003 ed.).

COUNT TWO: [18 U.S.C. § 2252(a)(4)(B) – Possession of Material Involving the Sexual Exploitation of Minors]

The United States Attorney charges: T H A T

KEITH WILLETTE,

defendant herein, on or about May 3, 2004, in the County of El Dorado, State and Eastern District of California, did knowingly possess one or more video tapes or other matters, to wit: a VHS tape and photographs of Juvenile Victim 2, which contain visual depictions that were transported in interstate commerce, by any means including by computer, and the production of such visual depictions involved the use of a minor engaging in sexually explicit conduct and such visual depiction was of such conduct, in violation of Title 18, United States Code, Section 2252(a)(4)(B) (2003 ed.).

Dated: September 14, 2022

PHILLIP A. TALBERT
United States Attorney

By: /s/ Rosanne Rust
ROSANNE L. RUST
CHRISTINA McCALL
Assistant United States Attorneys

ALICIA A. BOVE
Department of Justice, Trial Attorney
Child Exploitation & Obscenity Section
1301 New York Avenue, N.W.
Washington, D.C.  20005

SUPERSEDING INFORMATION     2

**United States v. Keith Willette**
**Penalties for Superseding Information**

## COUNT 1:

VIOLATION:        18 U.S.C. § 2252(a)(4)(B) (2003 ed.) - Possession of Material Involving the Sexual Exploitation of Minors

PENALTIES:        A maximum of up to 10 years in prison; or
Fine of up to $250,000; or both fine and imprisonment
Supervised release of up to life

## COUNT 2:

VIOLATION:        18 U.S.C. § 2252(a)(4)(B) (2003 ed.) - Possession of Material Involving the Sexual Exploitation of Minors

PENALTIES:        A maximum of up to 10 years in prison; or
Fine of up to $250,000; or both fine and imprisonment
Supervised release of up to life

SPECIAL ASSESSMENT: $100 (mandatory on each count)