PHILLIP A. TALBERT
United States Attorney
ROSANNE L. RUST
CHRISTINA McCALL
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

ALICIA A. BOVE
Department of Justice, Trial Attorney
United States Department of Justice, Criminal Division
Child Exploitation & Obscenity Section
1301 New York Avenue, N.W.
Washington, D.C. 20005

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-44 JAM |
| Plaintiff, | STIPULATION TO RESET RESTITUTION HEARING DATE; AND ORDER |
| v. | |
| KEITH WILLETTE, | |
| Defendant. | |

**STIPULATION**

1. By previous order, this Court set a restitution hearing on February 28, 2023. ECF No. 59.

2. The government has been working with the two victims in the case to obtain documentation regarding restitution claims, and the defense counsel will need time to meet with their client to review the documentation prior to the hearing. The government has received and provided some restitution documentation to defense counsel, but has learned that one of the victims has requested records dating back several years, and the medical provider needs extra time to retrieve the

STIPULATION AND ORDER RE: RESTITUTION HEARING            1

older records.

3. Consequently, by this stipulation, defendant KEITH WILLETTE, through his counsel of record, and the United States, through its counsel of record, request that the Court continue the restitution hearing to March 7, 2023 at 9:00 a.m.

Dated:  February 23, 2023

PHILLIP A. TALBERT
United States Attorney

By:  /s/ CHRISTINA McCALL
CHRISTINA McCALL
Assistant United States Attorney

Dated:  February 23, 2023

/s/ CHRISTINA SINHA
CHRISTINA SINHA
Assistant Federal Defender for
Defendant Keith Willette

## ORDER

The Court adopts the stipulation of the parties and hereby continues the restitution hearing to March 7, 2023 at 9:00 a.m.

IT IS SO FOUND AND ORDERED this 23rd day of February, 2023.

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE